Joshua Neil Harrell, CDCR# BH7394
Name and Prisoner/Booking Number
Folsom State Prison
Place of Confinement
P.O. Box 950
Mailing Address
Folsom, CA 95763
City, State, Zip Code

**FILED**

OCT 15 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

Joshua Neil Harrell
(Full Name of Plaintiff)                    Plaintiff,

v.

(1)  County of Solano
(Full Name of Defendant)
(2)  Jacob G. McNeil
(3)  Dary Snedeker
(4)  Wendy G. Getty
                        Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:19 - CV. 2092 - ___ EFB PC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☑ Other: U.S.C. Const. Amend. 1, 14; 28 U.S.C § 1343(a); 42 U.S.C § 1983; 28 U.S.C § 1367.

2.  Institution/city where violation occurred: County of Solano, Fairfield, California

## B. DEFENDANTS

1. Name of first Defendant: County of Solano . The first Defendant is employed as: the Municipality at Solano County, Fairfield, California
   (Position and Title)                                    (Institution)

2. Name of second Defendant: Jacob G. McNeil . The second Defendant is employed as: Deputy at Solano County Sheriffs Office
   (Position and Title)                                    (Institution)

3. Name of third Defendant: Daryl Snedeker . The third Defendant is employed as: Supervising Deputy at Solano County Sheriffs Office
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: Wendy G. Getty . The fourth Defendant is employed as: a Superior Court Judge at Superior Court of California, County of Solano
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes  ☐ No

2. If yes, how many lawsuits have you filed? 10 . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Joshua Harrell v. Fairfield Police Dept. et al.
      2. Court and case number: USDC-ED 2:12-cv-0904-KJN
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) The case was dismissed, never appealed and no longer pending.

   b. Second prior lawsuit:
      1. Parties: Joshua Harrell v. Solano County Jail, et al.
      2. Court and case number: USDC-ED 2:14-cv-0692-AC
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) This case was dismissed, appealed and no longer pending

   c. Third prior lawsuit:
      1. Parties: Joshua Harrell v. Solano County Jail, et al.
      2. Court and case number: USDC-ED 2:14-cv-0690-TLN-CKD
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) This case was dismissed and I appealed it voluntarily dismissing the appeal

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## C. Previous Lawsuits Continuation:

d. Fourth prior lawsuit:
1. Parties: Joshua Harrell v. State of California, et al.,
2. Court and case number: 2:15-cv-00470-KJM-EFB
3. Result: The case was dismissed, appealed and no longer pending.

e. Fifth prior lawsuit:
1. Parties: Joshua Harrell v. Michelle Belgea
2. Court and case number: 2:15-cv-00576-JAM-AC
3. Result: The case was dismissed and I am appealing it, still pending.

F. Sixth prior lawsuit:
1. Parties: Joshua Harrell v. California Forensic Medical Group, Inc, et al.,
2. Court and case number: 2:15-cv-00519-KJM-DB
3. Result: The case was dismissed, I appeal and am in the midst of preparing a petition for writ of certiorari, in the U.S. Supreme Court.

g. Seventh prior lawsuit:
1. Parties: Joshua Harrell v. Target, et al.,
2. Court and Case number: 2:15-cv-00634-CKD
3. Result: The case was dismissed, I appeal and it is no longer pending.

h. Eighth prior lawsuit:
1. Parties: Joshua Harrell v. Fairfield Police Dept, et al.,
2. Court and case number: 2:15-cv-00683-MCE-AC
3. Result: The case was dismissed and I am appealing it soon.

C. Previous Lawsuits Continuation:

i. Ninth prior lawsuit:
1. Parties: Joshua Harrell v. County of Solano, et al.,
2. Court and Case number: 2:18-cv-00729-TLN-EFB
3. Result: I voluntarily dismissed this case but I intend on refiling by September 2019.

j. Tenth prior lawsuit:
1. Parties: Joshua Harrell v. Antuan Simmons, et al.,
2. Court and Case number: USDC-ED 2:18-cv-00729-TLN-EFB
3. Result: Still pending

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: My Constitutional Right to Procedural Due Process under the Fourteenth Amendment to the United States Constitution.

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

- [ ] Basic necessities
- [ ] Mail
- [ ] Access to the court
- [ ] Medical care
- [ ] Disciplinary proceedings
- [ ] Property
- [ ] Exercise of religion
- [ ] Retaliation
- [ ] Excessive force by an officer
- [ ] Threat to safety
- [x] Other: Breach of Duty

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

1. On April 6, 2017, I was inside of my 1989 Colin Fifth Wheel trailer, hereinafter "The Subject Vehicle", that was legal parked in the roadway on Flamingo St, Fairfield, CA. There was a knock on my door announcing themselves as "Solano County Sheriff's Office."

2. It was deputy Jacob McNeil turned up with supervising deputy Daryl Spadeker. They had an active PRCS Warrant for my arrest. I was taken to the Solano County Jail and the Subject Vehicle was left in the roadway where it was parked. The area where "The Subject Vehicle" was parked is a high crime area for theft and vandalism. The Subject Vehicle was my home and everything I owned was inside of it.

3. On or about April 8, 2017, I found out that "The Subject Vehicle" was burglarized and all of my personal property was stolen out of it. The custodial officers of the Solano County Jail refused to assist me with the issue of the burglarized Subject Vehicle stating "there is nothing we can do."

4. A short time after, I found out the entire Subject Vehicle was stolen. I contacted my insurance company "National General Assurance" to make an insurance claim on "The Subject Vehicle" and they instructed me to make a police report. A police report was made with the Fairfield Police Department as well as the Solano County Sheriffs Office.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I suffered injury to the loss of The Subject Vehicle and all of my personal property that was inside of it, emotional distress, mental anguish, homelessness and defamation of character.

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No

b. Did you submit a request for administrative relief on Claim I? [x] Yes [ ] No

c. Did you appeal your request for relief on Claim I to the highest level? [ ] Yes [x] No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. This was not an institutional claim but I did file a claim for damages with the County of Solano.

3

**CLAIM II**

d.  State the constitutional or other federal civil right that was violated: Abuse of Process under the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution .

2.  **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

- [ ] Basic necessities
- [ ] Mail
- [x] Access to the court
- [ ] Medical care
- [ ] Disciplinary proceedings
- [ ] Property
- [ ] Exercise of religion
- [ ] Retaliation
- [ ] Excessive force by an officer
- [ ] Threat to safety
- [ ] Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

5. I realleye and incorporate by reference Paragraphs 1-4.

6. The day after the "Subject Vehicle" was reported stolen, a friend Cherrise Graves found the Subject Vehicle parked on the side of the road somewhere. With the assistance of my mother who paid William Brew of ABC Rental to tow "The Subject Vehicle" and store it for three months, William Brew charged my mother an excessive rate of $500.00 to tow "the Subject Vehicle" less than five miles and $125.00 per month to store it totalling $875.00.

7. I timely filed a claim for damages and related contracts with the County of Solano, the following:
   1) Notice of Claim, Claim Affidavit & PROOFS of Claim
   2) Notice of Fault and Opportunity to Cure, Affidavit of Negative Averment
   3) Notice of Rescinded Rejection of Claim. Truth-in-Lending Act
   4) Amended Claim
   5) Res Judicata Affidavit of Default, Certificate of Non-Response

8. The County of Solano never responded to my amended Claim that was filed Jan. 3, 2017. According to the Government Codes a Claimant has two years to file a complaint in court for an unanswered claim.

9. I filed a small claim in the Old Solano Courthouse on February 17, 2018, Case No. FSC062316, suing the Public Facility Defendants, my mother, and William Brew ABC Rental who wrongfully evicted "The Subject Vehicle" and converted it to ABC Rentals.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
I suffered injury by the loss of the Subject Vehicle and all my personal property inside, emotional distress, mental anguish and defamation of character.

5.  **Administrative Remedies.**

a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  [x] Yes  [ ] No

b.  Did you submit a request for administrative relief on Claim II?  [x] Yes  [ ] No

c.  Did you appeal your request for relief on Claim II to the highest level?  [x] Yes  [x] No

d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. This was not an institutional claim but I did file a claim for damages with the County of Solano

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: First Amendment Retaliation putting a chill on my protected conducted redressing the Government my grievances.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

- [ ] Basic necessities
- [ ] Mail
- [x] Access to the court
- [ ] Medical care
- [ ] Disciplinary proceedings
- [ ] Property
- [ ] Exercise of religion
- [ ] Retaliation
- [ ] Excessive force by an officer
- [ ] Threat to safety
- [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I realleye and incorporate by reference paragraphs 1-9.
11. I filed a Federal Civil 1983 complaint in the U.S. Eastern District on the same issue.
12. The Old Stanno Courthouse assigned judge Wendy F. Getty to preside over my Small Claim in error because I previously sued judge Wendy F. Getty (Shasta County Superior Court Case No. FSC14815) for negligence. The case was later dismissed against Wendy D. Getty but I appealed to the First District Court of Appeal Case No. A147990 and the appeal is still pending. I did not get a fair small claims trial.
13. A manager for the County of Shasta created a false document that she responded to my amended claim for damages filed July 3, 2017.
14. Wendy F. Getty ordered me to drop the Federal Civil 1983 complaint I had pending on this same issue in U.S.E.D. and put a stay on my Small Claim until I dismissed my 1983 complaint. I voluntarily dismissed my 1983 complaint with a stipulation that it I did not get my due process and Equal Protection right I would refile the claim.
14. Wendy F. Getty continued my Small Claim several times for over 8 months without any justification reason. Small claims should be heard no later than 40 days and mine was delayed over 8 months until she dismissed it for no justifiable reason. I never received my due process.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
I suffered injury by the loss of "the subject vehicle" and all of my personal property that was inside of it, homelessness, emotional distress, mental anguish and defamation of character.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  [x] Yes  [ ] No

b. Did you submit a request for administrative relief on Claim III?  [x] Yes  [ ] No

c. Did you appeal your request for relief on Claim III to the highest level?  [ ] Yes  [x] No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. This was not an institutional claim but I followed the Government codes and filed a claim with the executive judicial officer.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I am seeking general damages according to PROOF, Special damages according to PROOF, Interest according to law, Punitive damages, and Declaratory and Injunctive Relief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-02-2019

DATE

SIGNATURE OF PLAINTIFF

_____

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.



# JUDICIAL COUNCIL OF CALIFORNIA

455 Golden Gate Avenue • San Francisco, California 94102-3688
Telephone 415-865-4200 • Fax 415-865-8767 • TDD 415-865-4272

TANI G. CANTIL-SAKAUYE
*Chief Justice of California*
*Chair of the Judicial Council*

MARTIN HOSHINO
*Administrative Director*

MILLICENT TIDWELL
*Chief Deputy Director*

DEBORAH C. BROWN
*Chief Counsel, Legal Services*

April 24, 2019

Mr. Joshua Neil Harrell
CDCR# BH7394
23500 Kasson Road
Tracy, California 95304

Re: Government Claim Presented to Superior Court of California, County of Solano

Dear Mr. Harrell:

The "amended claim" that you presented to the Superior Court of California, County of Solano (Superior Court) on March 13, 2019, referring to an alleged loss on "January 22, 2019," and reflecting complaints about decisions or rulings made by Judge Wendy G. Getty in your small claims case (Case No. FSC062310), has been referred to this office for review and response.

We find no basis for liability on the part of the Superior Court and reject the claim accordingly. Neither the court nor its judges are liable for damages allegedly arising out of official court rulings. Because this is a notice of rejection, we are required by law to provide you with the following information:

## WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code section 945.6. You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

1  Joshua Neil Harrell, CDCR# BH1394
2  Folsom State Prison
3  P.O. Box 950
4  Folsom, CA 95763
5  In Propria Persona

FILED

OCT 15 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

ORIGINAL

6
7      United States District Court
8       Eastern District Of California
9
10  JOSHUA NEIL HARRELL,                    No. ____
11          Plaintiff,
12
13  V.                              ReFile Complaint
14
15  County of Solano, et al.,
16          Defendant.
17
18  To The Honorable Court:
19
20  Notice Is Given that the above-named plaintiff, Joshua Neil
21  Harrell, in pro se, is refiling the attached complaint that was
22  previously voluntarily dismissed.
23      I never received my Due Process, and my rights to Equal
24  Protection of the Laws has been violated with retaliatory
25  tactics by the defendants

26
27  October 2 2019                    Respectfully Submitted
28
                                     By: Joshua Neil Harrell
                                         Joshua Neil Harrell

FILED

OCT 15 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

ORIGINAL

1  Joshua Neil Harrell, CDCR# BH7394
2  Folsom State Prison
3  P.O. Box 950
4  Folsom, CA 95763
5  In Propria Persona

6
7              United States District Court
8              Eastern District of California
9
10  JOSHUA NEIL HARRELL,                    No.
11          Plaintiff,
12
13  V                                Request For Judicial Notice
14
15  County of Solano, et al,
16          Defendant.
17
18  Pursuant to Federal Rule of Evidence 201(b) Pro se Plaintiff
19  Joshua Neil Harrell respectfully requests that this court take
20  Judicial notice of the following documents of discovery:
21
22  1. Exhibit "A" a true and correct copy of voluntary dismissal
23  of complaint.
24
25  2. Exhibit "B" a true and correct copy of order dated August
26  29. 2018.
27
28  3. Exhibit "C" a true and correct copy of order dated September

19, 2018.

4. Exhibit "D" a true and correct copy of motion to file amended complaint filed September 21, 2018.

5. Exhibit "E" a true and correct copy of order dated October 5, 2018.

6. Exhibit "F" a true and correct copy of objection to change of hearing date filed October 22, 2018.

7. Exhibit "G" a true and correct copy of Motion to File amended Small Claim filed October 22, 2018.

8. Exhibit "H" a true and correct copy of Trial Brief and Objection Clerks Office refused to file.

"The Court may take judicial notice of proceedings in other courts. both within and without the federal judicial system See e.g. Trigueros v. Adams, 658 F. 3d 983, 987 (9th Cir. 2011)

Therefore, this court should take judicial notice of the attached documents of discovery.

October 9th, 2019

By: _____

Joshua Neil Harrell
In Pro se

EXHIBIT A

1  Joshua Neil Harrell # 194137
2  Stanton Detention Facility
3  2450 Claybank Road
4  Fairfield, CA 94533
5  In Propria Persona

6
7  United States District Court
8  Eastern District of California
9
10  JOSHUA NEIL HARRELL,                    No. 2:18-cv-00729-TLN-EFB
11          Plaintiff,
12
13  V                                       Notice Of Motion And Motion
14                                          To Dismiss The Complaint
15  County of Solano, et al.,
16          Defendant.
17
18  To: The Honorable Magistrate Judge Edmund F. Brennan;
19
20  Please Take Notice that the above-named Plaintiff, will move
21  this Court, to dismiss the Complaint as soon as this
22  matter may be heard by this Honorable Court.
23  The grounds for this motion to dismiss are that I have
24  Filed a Small Claim from the same incidents of this case
25  in the Superior Court of California, County of Solano, Case No. FSC062510
26  entitled: "Joshua N. Harrell v. Solano County Sheriff's Office, et al.,
27  located at: 580 Texas Street, Fairfield, CA 94533.
28  The motion is based on this notice, the records and filings, and

the attached declaration of the Plaintiff.
WHEREFORE the Plaintiff Prays that this Court dismisses
the complaint with leave to refile the Complaint if I do not
get due Process, of if there is an abuse of Process in
the current Small Claim.
July 18, 2018

Respectfully Submitted

By: Joshua Neil Harrell

Joshua Neil Harrell
In Pro se

Joshua Neil Harrell # 194137
Stanton Detention Facility
2450 Claybank Road
Fairfield, CA 94533
In Propria Persona

United States District Court
Eastern District of California

JOSHUA NEIL HARRELL,
    Plaintiff,

v.

County of Solano, et al.,
    Defendant.

No. 2:18-cv-00729-TLN-EFB

Declaration In Support
Of Dismissal

I, Joshua Neil Harrell, hereby declare:

1. I am the pro se plaintiff in this above-entitled action.

2. I have personal knowledge and am competent to state the matters set forth herein;

3. I filed a similar complaint in the Small Claims Court, Old Solano Courthouse, 580 Texas Street, Fairfield (Case No. FSC6230) entitled: "Joshua Harrell v. Solano County Sheriffs Office, et al.,"

4. A hearing was held in Dept. 8, at 1:30 p.m., in front of Honorable Judge Wendy G. Getty located 580 Texas Street, Fairfield, CA At the hearing, I was told by the judge that if I did not dismiss this Federal Case by October 1, 2018, that my Small Claim would be stayed or dismissed.

5. The effect of this affidavit is to support the reason for the dismissal and request to be granted leave to refile it if it is determined that my "due process" and "equal protection" rights have been violated by the outcome of my Small Claim.

Further Declarant Sayth Not

Done this 18th day of July

By: _Joshua Neil Harrell_

Joshua Neil Harrell

In Pro se

## Verification

I, Joshua Neil Harrell, the declarant herein, declare under penalty of perjury, that these statements are true, correct and certain. Executed under Penalty of Perjury at SOLANO COUNTY, California on the 18th day of July 2018.

By: _Joshua Neil Harrell_

Joshua Neil Harrell

- Affiant -

1  Joshua Neil Harrell # 19437
2  Stanton Detention Facility
3  2450 Claybank Road
4  Fairfield, CA 94533
5  In Propria Persona

6

7                 United States District Court
8                 Eastern District of California

9

10  JOSHUA NEIL HARRELL,                   No. 2:18-cv-00729-TLN-EFB
11                 Plaintiff,

12

13  V.                                     Proof Of Service By US Mail

14

15  County of Solano, et al.,
16                 Defendant.

17

18  I, Joshua Neil Harrell, the Pro Se Plaintiff herein, am over the
19  age of eighteen 18 years and a resident of Solano County,
20  California. I hereby certify that on July 24, 2018, I served
21  "Notice Of Motion And Motion To Dismiss The Complaint" on the
22  following persons hereinafter listed:

23  c/o County of Solano                   United States District Court
24  c/o Cynthia Gordon Foreman             Clerks Office
25  1310 Willow Pass Rd. Ste. 1030         Eastern District of California
26  Concord, CA 94520                      501 I Street, Ste. 4-200
27                                         Sacramento, CA 95814

28  By Placing the said documents in an addressed envelope in the

Presence of an Officer whom then Placed in the Solano County Jail's internal mailing system to be delivered United States Mail.

I declare under Penalty of Perjury that these statements are true and correct.

July 24, 2018

By: _____

Joshua Neil Farrell

In Pro Se

EXHIBIT B

ENDORSED FILED
Clerk of the Superior Court

AUG **2 9** 2018

By_____ **M. FIELDS**
DEPUTY CLERK

1

2

3

4

5

6

7         IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

8              IN AND FOR THE COUNTY OF SOLANO

9                      DEPARTMENT EIGHT

10

11   JOSHUA N. HARRELL,                          NO. FSC062310

12        Plaintiff,                             **ORDER TO SHOW CAUSE**
                                                 **RE: DISMISSAL**
13   vs.

14   SOLANO COUNTY SHERIFF'S OFFICE
15   et al.,                                     DATE:  October 16, 2018
                                                 TIME:  1:30 P.M.
16        Defendants.                            DEPT.: 8
                                          /
17

18        **TO: JOSHUA N. HARRELL, PLAINTIFF:**

19        YOU ARE ORDERED to appear before Department 8 of this Court, located at 580

20   Texas Street, Fairfield, California, on October 16, 2018, at 1:30 PM to show cause, if any you

21   have, why this case should not be dismissed for your failure to comply with the stay in this

22   matter.

23        IT IS FURTHER ORDERED, that this matter is continued to October 16, 2018 at 1:30

24   p.m. in Department 8 for Order to Show Cause.

25   DATED: August __1/6__, 2018                 _____
                                                 **WENDY G. GETTY**
26                                               **Judge of the Superior Court**

27

─────────────────────────────────────────────
                 Order to Show Cause Re: Dismissal
                              1

1  SOLANO COUNTY COURTS
   STATE OF CALIFORNIA
2  580 Texas Street, Fairfield, CA

3  **CERTIFICATE AND AFFIDAVIT OF MAILING**          NO.    FSC062310

4          I certify under penalty of perjury that I am a Judicial Assistant of the above-entitled
5  Court and not a party to the within action; that I served the attached by causing to be placed a
   true copy thereof in an envelope which was then sealed and postage fully prepaid on the date
6  shown below; that I am readily familiar with the business practice for collection and processing
   of correspondence for mailing with the United States Postal Service; that this document was
7  deposited in the United States Postal Service on the date indicated.  Said envelopes were
8  addressed to the attorneys/parties and any other interested party as indicated below.

9          Document Served:    Order to Show Cause Re: Dismissal

10  JOSHUA NEIL HARRELL, # 194137              WILLIAM BREW
    STANTON DETENTION FACILITY                 ABC RENTAL UHUAL
11  2450 CLAYBANK ROAD                         1439 WEST TEXAS STREET
12  FAIRFIELD, CA  94533                       FAIRFIELD, CA  94533

13  CYNTHIA GORDO, UNIT MANAGER                DARYL SNEDEKER
    COUNTY OF SOLANO                           C/O THOMAS A. FERRARA
14  RISK MANAGEMENT                            530 UNION AVENUE, STE. 100
    675 TEXAS STREET, SUITE 1800               FAIRFIELD, CA  94533
15  FAIRFIELD, CA  94533

16  GEORGE HILLS                               JOSHUA NEIL HARRELL
17  C/O LISA LILLEMOE                          # 194137
    821 EUBANKS DRIVE, SUITE H                 SOLANO COUNTY JAIL
18  VACAVILLE, CA  95688                       2500 CLAYBANK ROAD
                                               FAIRFIELD, CA  94533
19  SOLANO COUNTY SHERIFF
20  ATTN: ADMINISTRATION
    530 UNION AVENUE, SUITE 100
21  FAIRFIELD, CA  94533

22  COUNTY COUNSEL
23  COUNTY OF SOLANO
    675 TEXAS STREET, SUITE 6600
24  FAIRFIELD, CA  94533

25          I declare under penalty of perjury that the foregoing is true and correct and that this
    declaration was executed on August ⟨29⟩, 2018 at Fairfield, California.
26
                                maiafields
27                              ─────────────────────
                                Maia Fields

# EXHIBIT C

ENDORSED FILED
Clerk of the Superior Court

SEP 1 9 2018

By_____ **M. FIELDS**
DEPUTY CLERK

1
2
3
4
5
6
7

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

8

IN AND FOR THE COUNTY OF SOLANO

9

DEPARTMENT EIGHT

10
11

JOSHUA N. HARRELL,                          NO.  FSC062310

12

     Plaintiff,                              **ORDER**

13

vs.

14

SOLANO COUNTY SHERIFF'S OFFICE
et al.,

15

     Defendants.

16

_____/

17

     On August 29, 2018, Plaintiff filed documentary evidence showing the voluntary

18

dismissal of the federal action Harrell v. Solano County, 2:18-cv-00729-TLN-EFB.  This court

19

previously stayed the small claims action pending resolution of the federal case stemming from

20

the same cause of action.

21

     Based upon Plaintiff's voluntary dismissal of the federal action, the stay is lifted.

22

     Because the stay is lifted, Plaintiff may proceed to litigate this matter according to law.

23

Plaintiff Harrell has requested authority to proceed with formal discovery including Requests

24

for Admission, Interrogatories and Requests for Production of Documents.   This request is

25

denied.   Formal discovery is not permitted in small claims actions which are intended to be

26

informal proceedings.   (*Bruno v. Superior Court* (1990) 219 Cal.App.3d 1359, 1362-1363.)  A

27

1  party may subpoena witnesses and information to a small claims trial.   However, this court has

2  previously issued a protective order directing that the small claims clerk shall not issue

3  subpoenas on behalf of Plaintiff Harrell without advance approval of the court given his past

4  abuse of the subpoena process.

5      Plaintiff's request for a fee waiver for fees imposed by Comerica Bank is denied.  The

6  court has no authority to waive fees imposed by a third, non-governmental entity.

7      Plaintiff's request for a fee waiver for jury fees is denied.  Plaintiff has no right to jury in

8  a small claims action.

9      Plaintiff's Motion to File First-Amended Complaint is scheduled for October 16, 2018 at

10  1:30 p.m.  Plaintiff must timely serve his motion on the parties.  In the event Plaintiff remains in

11  custody, he may appear telephonically at public expense.   If Plaintiff is released from custody,

12  he shall reapply for a fee waiver.

13      Plaintiff is cautioned that the small claims forum is intended to be used for informal

14  litigation.  Plaintiff's filing of voluminous requests, motions and pleadings is not consistent

15  with the purpose of small claims litigation.  Continued abuse of the small claims system may

16  result in sanctions, including terminating sanctions.

17

18      IT IS SO ORDERED.

19  DATED: September  19  , 2018

**WENDY G. GETTY**
**Judge of the Superior Court**

EXHIBIT D

Joshua Neil Harrell #194137
Solano County Jail
500 Union Avenue
Fairfield, CA 94533
In Propria Persona

F I L E D
Clerk of the Superior Court

SEP 2 1 2018

By_____
DEPUTY CLERK

Superior Court of California
County of Solano

JOSHUA NEIL HARRELL,
          Plaintiff,

v

Solano County Sheriff's Office, et al.,
          Defendants.

No. FSC062310

Notice Of Motion And Motion To File Proposed First Amended Complaint
(Code Civ. Proc. §§ 472, 473)

To: The Honorable Judge Wendy Getts And All Other Parties;
     Please Take Notice that on October 16, 2018, at 1:30 p.m., or as soon thereafter
as this matter may be heard, in Department 8, of the above Court located at
600 Union Avenue, Fairfield, Solano County, California, Plaintiff hereby moves this
Court for an ORDER allowing Plaintiff to file the Proposed First Amended
Complaint attached to this motion and notice of motion.
     This motion will be made on the grounds that the Proposed First
Amendment clarifies the pleadings and because a Party has been dropped
and I intend to add an additional Party whom has not yet been served.
In the furtherance of justice and by law this motion should be granted.
This motion will be made based on this Notice, on all of the Pleadings

and papers on file in this action, on the attached memorandum of points and authorities, and on the affidavit of Pro se Plaintiff Joshua Neil Harrell.

WHEREFORE I pray for this Court to grant leave to file attached (Proposed) First Amended Complaint.

August 28, 2018

Respectfully Submitted,

By: _Joshua Neil Harrell_

Joshua Neil Harrell
Francis Harrell (1600's) Seventh-Great-Grandson
In Pro se

## SC-100   Plaintiff's Claim and ORDER to Go to Small Claims Court

Clerk stamps date here when form is filed.

FILED
Clerk of the Superior Court

SEP 2 1 2018

By_____
DEPUTY CLERK

### Notice to the person being sued:

- You are the defendant if your name is listed in ② on page 2 of this form. The person suing you is the plaintiff, listed in ① on page 2.
- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

Fill in court name and street address:

**Superior Court of California, County of**

**Old Solano Courthouse
580 Texas Street
Fairfield, CA 94533**

Court fills in case number when form is filed.

Case Number: FSC06230

Case Name: Joshua N. Harrell v.
Solano County Sheriffs Office

### Order to Go to Court

The people in ① and ② must go to court: *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court, if different from above |
|---|---|---|---|---|
| | 1. 10/16/18 | 1:30 | 8 | |
| | 2. | | | ~~Old Solano Courthouse~~ |
| | 3. | | | ~~580 Texas Street~~ |
| | Date: SEP 2 1 2018 | | Clerk, by _____, Deputy | ~~Fairfield, CA 94533~~ |

### Instructions for the person suing:

- You are the plaintiff. The person you are suing is the defendant.
- *Before* you fill out this form, read form SC-100-INFO, *Information for the Plaintiff,* to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/smallclaims/forms.*
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make one copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all five pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2017, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**

SC-100, Page 1 of 5   →



(Proposed) First Amendment

Plaintiff *(list names):* JOSHUA NEIL HARRELL

Case Number: FSC062316

**① The plaintiff (the person, business, or public entity that is suing) is:**

Name: Joshua Neil Harrell                         Phone:

Street address: 500 Union Avenue          Fairfield     CA     94533
_____Street_____City_____State___Zip

Mailing address *(if different):*
_____Street_____City_____State___Zip

**If more than one plaintiff, list next plaintiff here:**

Name: _____ Phone: _____

Street address: _____
_____Street_____City_____State___Zip

Mailing address *(if different):* _____
_____Street_____City_____State___Zip

☐ *Check here if more than two plaintiffs and attach form SC-100A.*
☐ *Check here if either plaintiff listed above is doing business under a fictitious name. If so, attach form SC-103.*
☐ *Check here if any plaintiff is a "license" or "deferred deposit originator" (payday lender) under Financial*
    *Code sections 23000 et seq.*

**② The defendant(the person, business, or public entity being sued) is:**

Name: County of Solano                         Phone: (925) 349-3916

Street address: 675 Texas Street, Suite 6500    Fairfield    CA    94533
_____Street_____City_____State___Zip

Mailing address *(if different):* 1390 Willow Pass Road #030  Concord  CA  94520
_____Street_____City_____State___Zip

**If the defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process here:**

Name: Cynthia Gordon Foreman _____ Job title, if known: Senior Manager - Public Entity

Address: 1390 Willow Pass Road, Suite 1030    Concord    CA    94520
_____Street_____City_____State___Zip

☑ *Check here if your case is against more than one defendant, and attach form SC-100A.*
☐ *Check here if any defendant is on active military duty, and write his or her name here:* _____

**③ The plaintiff claims the defendant owes $** _____ . *(Explain below):*

a.  Why does the defendant owe the plaintiff money?
    On or about April 6, 2017 I was parked in the roadway near 1719 Flamingo Street Fairfield
    CA 94533 in my 1989 Collins Fifth Wheel Trailer (CA License # 1DH4626 ) (hereinafter "the Subject Vehicle")

    When did this happen? *(Date):* _____

b.  If no specific date, give the time period: Date started: April 6, 2017   Through: March 2, 2018

c.  How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*
    For the Solano public entity defendants jointly and severally, 1. general damages according
    to proof, 2. special damages according to proof, and 3. interests according to law.

☑ *Check here if you need more space. Attach one sheet of paper or form MC-031 and write "SC-100, Item 3" at*
    *the top.*

Plaintiff *(list names):* JOSHUA NEIL HARRELL

Case Number: FSC062310

---

**④ You must ask the defendant (in person, in writing, or by phone) to pay you before you sue. If your claim is for possession of property, you must ask the defendant to give you the property. Have you done this?**
☑ Yes   ☐ No   *If no, explain why not:*

_____

_____

**⑤ Why are you filing your claim at this courthouse?**
**This courthouse covers the area** *(check the one that applies):*

a. ☑ (1) Where the defendant lives or does business.     (4) Where a contract (written or spoken) was made,
(2) Where the plaintiff's property was damaged.            signed, performed, or broken by the defendant *or*
(3) Where the plaintiff was injured.                              where the defendant lived or did business when the
                                                                                defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civ Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civ Code, § 2984.4.)*

e. ☐ Other *(specify):* _____

**⑥ List the zip code of the place checked in ⑤ above** *(if you know):* 94533

**⑦ Is your claim about an attorney-client fee dispute?** ☐ Yes   ☑ No
*If yes, and if you have had arbitration, fill out form SC-101, attach it to this form, and check here:* ☐

**⑧ Are you suing a public entity?** ☑ Yes   ☐ No
*If yes, you must file a written claim with the entity first.* ☑ *A claim was filed on (date):* 1-3-2017 / 3-12-2018
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**⑨ Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes   ☑ No   *If yes, the filing fee for this case will be higher.*

**⑩ Is your claim for more than $2,500?** ☑ Yes   ☐ No
*If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.*

**⑪ I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 08-28-2018   Joshua Neil Harrell ▶ *(signature)*
            *Plaintiff types or prints name here*            *Plaintiff signs here*

Date: _____

            *Second plaintiff types or prints name here*      *Second plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. Contact the clerk's office for form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civ. Code, § 54.8.)*

---

# SC-100    Information for the defendant (the person being sued)

**"Small claims court"** is a special court where claims for $10,000 or less are decided. Individuals, including "natural persons" and sole proprietors, may claim up to $10,000. Corporations, partnerships, public entities, and other businesses are limited to claims of $5,000. (See below for exceptions.*) The process is quick and cheap. The rules are simple and informal. You are the *defendant*—the person being sued. The person who is suing you is the *plaintiff*.

**Do I need a lawyer?** You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

**How do I get ready for court?** You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare*.

**What if I need an accommodation?** If you have a disability or are hearing impaired, fill out form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

**What if I don't speak English well?** Ask the court clerk as soon as possible if your court has a court-provided interpreter available and how to request one. A court-provided interpreter may not be available. Alternatively, you may bring an adult who is not a witness or an attorney to interpret for you or ask the court for a list of interpreters for hire.

**Where can I get the court forms I need?** Go to any courthouse or your county law library, or print forms at *www.courts.ca.gov/smallclaims/forms*.

**What happens at the trial?** The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

**What if I lose the case?** If you lose, you may appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file form SC-140, *Notice of Appeal*. You must file within 30 days after the clerk hands or mails you the judge's decision (judgment) on form SC-200 or form SC-130, *Notice of Entry of Judgment*.

- If you were *not* at the trial, fill out and file form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File form SC-140.

For more information on appeals, see *www.courts.ca.gov/smallclaims/appeals*.

**Do I have options?**
Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the plaintiff agree on how to settle the case, the plaintiff must file form CIV-110, *Request for Dismissal*, with the clerk. Ask the Small Claims Advisor for help.

- **Prove this is the wrong court.** Send a letter to the court *before* your trial explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done so.)

- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To have the court order a witness to go to the trial, fill out form SC-107 (*Small Claims Subpoena*) and have it served on the witness.

- **Sue the person who is suing you.** If you have a claim against the plaintiff, and the claim is appropriate for small claims court as described on this form, you may file *Defendant's Claim* (form SC-120) and bring the claim in this action. If your claim is for more than allowed in small claims court, you may still file it in small claims court if you give up the amount over the small claims value amount, or you may file a claim for the full value of the claim in the appropriate court. If your claim is for more than allowed in small claims court and relates to the same contract, transaction, matter, or event that is the subject of the plaintiff's claim, you may file your claim in the appropriate court and file a motion to transfer the plaintiff's 's claim to that court to resolve both matters together. You can see a description of the amounts allowed in the paragraph above titled "Small Claims Court."

- **Agree with the plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.

- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the plaintiff what he or she is asking for plus court costs. If this happens, the plaintiff can legally take your money, wages, and property to pay the judgment.

**What if I need more time?**
You can change the trial date if:

- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial), *or*

- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county), *or*

- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

 **Need help?**
Your county's Small Claims Advisor can help for free.

Or go to *www.courts.ca.gov/smallclaims/advisor*.

* Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc., § 116.220(c).)

## SC-100   Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $10,000 o menos. Los individuos, o sea las "personas físicas" y los propietarios por cuenta propia, pueden reclamar hasta $10,000. Las corporaciones, asociaciones, entidades públicas y otras empresas solo pueden reclamar hasta $5,000.(Vea abajo para las excepciones.") El proceso es rápido y barato. Las reglas son sencillas e informales. Usted es el Demandado—la persona que se está demandando. La persona que lo está demandando es el Demandante.

¿Necesita un abogado? Puede hablar con un abogado antes o después del caso. Pero no puede tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

¿Cómo me preparo para ir a la corte? No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos y pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en www.courts.ca.gov/reclamosmenores/preparese.

¿Qué hago si necesito una adaptación? Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, Request for Accomodations. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

¿Qué pasa si no hablo bien Inglés? Pregúntele al secretario de la corte lo más pronto posible si en el juzgado habrá un intérprete disponible y cómo solicitarlo. No siempre están disponibles los intérpretes de la corte. Otra opción es llevar a un adulto que pueda interpretar para usted siempre que esa persona no sea un testigo ni un abogado. O puede pedirle a la corte una lista de intérpretes particulares disponibles para contratar.

¿Dónde puedo obtener los formularios de la corte que necesito? Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprímalos formularios en www.courts.ca.gov/ smallclaims/firms (página está en inglés).

¿Qué pasa en el juicio? El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

¿Qué pasa si pierdo el caso? Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene los formularios SC-140, Aviso de apelación (Notice of Appeal). Tiene que presentarlo dentro de 30 días después de que el secretario le entregue o envíe la decisión (fallo) del juez en el formulario SC-200 o SC-130, Aviso de publicación del fallo (Notice of Entry of Judgment).

- Si no estuvo en el juicio, llene y presente el formulario SC-135, Aviso a petición para anular el fallo y Declaración para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea www. courts.ca.gov/reclamosmenores/apelaciones.

¿Tengo otras opciones? Sí. Si lo están demandando, puede:
- Resolver su caso antes del juicio. Si usted y el Demandante se ponen de acuerdo en cómo resolver el caso, el Demandante tiene que presentar el formulario CIV-110, Solicitud de desestimación (Request for Dismissal) ante el secretario de la corte. Pídale al Asesor de Reclamos Menores que lo ayude.

- Probar que es la corte equivocada. Envíe una carta a la corte antes del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)

- Ir al juicio y tratar de ganar el caso. Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Si desea que la corte emita una orden de comparecencia para que los testigos vayan al juicio, llene el formulario SC-107, Citatorio de reclamos menores (Small Claims Subpoena) y entrégueselo legalmente al testigo.

- Demandar a la persona que lo demandó. Si tiene un reclamo contra el Demandante, y el reclamo se puede presentar en la corte de reclamos menores, tal como se describe en este formulario, puede presentar el formulario SC-120, Reclamo del demandado (Defendant's Claim) y presentarlo en este mismo caso. Si su reclamo excede el límite permitido en la corte de reclamos menores, puede igualmente presentarlo en la corte de reclamos menores si está dispuesto a limitar su reclamo al máximo permitido, o puede presentar un reclamo por el monto total en la corte apropiada. Si su reclamo excede el límite permitido en la corte de reclamos menores y está relacionado con el mismo contrato, transacción, asunto o acontecimiento que el reclamo del Demandante, puede presentar su reclamo en la corte apropiada y presentar una moción para transferir el reclamo del Demandante a la corte, para poder resolver los dos reclamos juntos. Puede ver una descripción de los montos permitidos en el párrafo anterior titulado "Corte de reclamos menores".

- Aceptar el reclamo del Demandante y pagar el dinero. O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.

- No ir al juicio y aceptar el fallo por falta de comparecencia. Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

¿Qué hago si necesito más tiempo? Puede cambiar la fecha del juicio si:
- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio), o
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado), o
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio.)

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 ¿Necesita ayuda? El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

O visite www.courts.ca.gov/reclamosmenores/asesores.

*Excepciones: Existen diferentes límites en un reclamo contra un garante.Vea el Código de Procedimiento Civil, sección 116.220 (c).)

**Reclamo del Demandante y ORDEN
Para Ir a la Corte de Reclamos Menores
(Reclamos Menores)**

**SC-100A**  **Other Plaintiffs or Defendants**

Case Number: ESC06310

☐ This form is attached to form SC-100, item 1 or 2.

**①  If more than two plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____

Street address: _____ Phone: _____

City: _____ State: _____ Zip: _____

Mailing address *(if different):* _____

City: _____ State: _____ Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach form SC-103.*

Other plaintiff's name: _____

Street address: _____ Phone: _____

City: _____ State: _____ Zip: _____

Mailing address *(if different):* _____

City: _____ State: _____ Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach form SC-103.*

☐ Check here if more than 4 plaintiffs and fill out and attach another form SC-100A.

**②  If more than one defendant (person, business, or entity being sued), list their information below:**

Other defendant's name: Solano County Sheriff's Office

Street address: 530 Union Avenue, Suite 100    Phone: (925) 349-3916

City: Fairfield    State: CA    Zip: 94533

Mailing address *(if different):* 1390 Willow Pass Road, Suite 1030

City: Concord    State: CA    Zip: 94520

*If this defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process:*

Name: Cynthia Gordon Foreman    Job title, if known: Senior Manager - Public Entity

Address: 1390 Willow Pass Road, Suite 1030

City: Concord    State: CA    Zip: 94520

☐ Check here if your case is against more than two defendants, and fill out and attach another form SC-100A.

**③  Is your claim for more than $2,500?** ☒ Yes ☒ No

*If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.*

**④  I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: 08-28-2018

Joshua Neil Harrell

Type or print your name

▶ *Joshua Neil Harrell*

*Sign your name*

Date: 08-28-2018

Joshua Neil Harrell

Type or print your name

▶ *Joshua Neil Harrell*

*Sign your name*

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2017, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.

**Other Plaintiffs or Defendants**
(Attachment to Plaintiff's Claim and ORDER to Go to Small Claims Court)

SC-100A, Page 6 of 11

**SC-100A**   **Other Plaintiffs or Defendants**

Case Number: FSC062516

☑ This form is attached to Form SC-100, item 1 or 2.

**(1) If more than 2 plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____

Street address: _____ Phone: (_____) _____

City: _____ State: _____ Zip: _____

Mailing address *(if different)*: _____

City: _____ State: _____ Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach Form SC-103.*

Other plaintiff's name: _____

Street address: _____ Phone: (_____) _____

City: _____ State: _____ Zip: _____

Mailing address *(if different)*: _____

City: _____ State: _____ Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach Form SC-103.*

☐ *Check here if more than 4 plaintiffs and fill out and attach another Form SC-100A.*

**(2) If more than 2 defendants (person, business, or entity being sued), list their information below:**

Other defendant's name: Daryl Sneseker (Solano County Sheriff's Deputy)

Street address: 530 Union Avenue, Suite 100   Phone: (925) 349-3916

City: Fairfield   State: CA   Zip: 94533

Mailing address *(if different)*: 1390 Willow Pass Road, Suite 1030

City: Concord   State: CA   Zip: 94520

Other defendant's name: Jessie G. McNeil (Solano County Sheriff's Deputy)

Street address: 530 Union Avenue, Suite 100   Phone: (925) 349-3916

City: Fairfield   State: CA   Zip: 94533

Mailing address *(if different)*: 1390 Willow Pass Road, Suite 1030

City: Concord   State: CA   Zip: 94520

☑ *Check here if more than 4 defendants and fill out and attach another Form SC-100A.*

**(3) I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**(4)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: 08-28-2018   Joshua Neil Harrell   ▶ [signature] Joshua Neil Harrell
*Type or print your name*   *Sign your name*

Date: 08-28-2018   Joshua Neil Harrell   ▶ [signature] Joshua Neil Harrell
*Type or print your name*   *Sign your name*

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.

**Other Plaintiffs or Defendants**
**(Attachment to Plaintiff's Claim and ORDER to Go to Small Claims Court)**

SC-100A, Page 2 of 4

American LegalNet, Inc.
www.FormsWorkflow.com

**SC-100A**  **Other Plaintiffs or Defendants**

Case Number: FSC062310

☑ This form is attached to Form SC-100, item 1 or 2.

**(1) If more than 2 plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____

Street address:_____ Phone: (____)_____

City: _____ State:_____ Zip: _____

Mailing address (if different):_____

City: _____ State:_____ Zip: _____

Is this plaintiff doing business under a fictitious name? ☐ Yes ☐ No If yes, attach Form SC-103.

Other plaintiff's name: _____

Street address:_____ Phone: (____)_____

City: _____ State: _____ Zip: _____

Mailing address (if different): _____

City: _____ State: _____ Zip: _____

Is this plaintiff doing business under a fictitious name? ☐ Yes ☐ No If yes, attach Form SC-103.

☐ Check here if more than 4 plaintiffs and fill out and attach another Form SC-100A.

**(2) If more than 2 defendants (person, business, or entity being sued), list their information below:**

Other defendant's name: ABC Rentals

Street address: 1439 West Texas Street _____ Phone: (707) 759-4005

City: Fairfield _____ State: CA Zip: 94533

Mailing address (if different):_____

City:_____ State:_____ Zip:_____

Other defendant's name: Department of Motor Vehicles

Street address: 2415 1st Avenue, Mail Station F101 ____ Phone: (916) 657-7617

City: Sacramento _____ State: CA Zip: 95818

Mailing address (if different): _____

City:_____ State:_____ Zip:_____

☐ Check here if more than 4 defendants and fill out and attach another Form SC-100A.

**(3) I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**(4)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: 06-28-2018   Joshua Neil Harrell    ▶ _Joshua Neil Harrell_
  _Type or print your name_      _Sign your name_

Date: 06-28-2018   Joshua Neil Harrell    ▶ _Joshua Neil Harrell_
  _Type or print your name_      _Sign your name_

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.

**Other Plaintiffs or Defendants**
**(Attachment to Plaintiff's Claim and ORDER to Go to Small Claims Court)**

SC-100A, Page 1 of 11

American LegalNet, Inc.
www.FormsWorkflow.com

SC-100, Item 3(c):

For the defendant ABC Rentals: 1.) general damages according to proof 2.) special damages according to proof. 3.) Punitive damage Pursuant to the statutory amount of Vehicle code section 22658(j)(1) 4.) Prejudgment interest at the legal rate on the value of converted property Pursuant to Civil Code section 3336.5.) any other and further relief Court deems Proper and just.

For the defendant Department of Motor Vehicles: 1.) declaratory and injunctive relief, restraining transfer of "The Subject Vehicle" [or] In the alternative, a Prejudgment at the legal rate on the value of converted property Pursuant to Civil Code section 3336.

8 of 11

3(a) continuation

There was a knock on my door announcing themselves as "Solano County Sheriff's Office". It was deputy Jacob G. McNeil teamed up with deputy David Sneleker whom came to arrest me with an active PRCS warrant (Exhibit "A"). I was taken to jail for the warrant, and "The Subject Vehicle" was left in the roadway where it was parked on Flamingo Street. Defendants "McNeil" and "Sneleker" failed to follow Cal. Veh. Code §§ 22651, subd. (h)(1), 22651, subd. (b) by leaving "The Subject Vehicle" in the roadway. Pursuant to Evid. Code § 669, subd. (a), I hold defendant(s) Solano County Sheriff's Office, deputy Jacob G. McNeil, and deputy David Sneleker liable for negligence by breach of duty.

While I was an inmate in the Solano County Jail on or about April 8, 2017, I found out from Dana Rochelle Herron that "The Subject Vehicle" was broken into and practically all my personal property was stolen. I tried to get some help from the custody officers whom just shrugged their shoulder and said "there's nothing we can do."

On or about April 18, 2017, I found out that "The Subject Vehicle" itself was stolen. Again, I tried to get some help from the custody officers and was told "there's nothing we can do." For these reasons. I hold defendant County of Solano liable for deliberate indifference.

On or about April 25, 2017, (c) Cheryse Groves located "The Subject Vehicle" completely stripped and severely vandalized.

My mother paid ABC Rentals $875.00 of my money to tow "The Subject Vehicle" less than five (5) miles for $500.00 and to store it for three (3) months at the rate of $125.00 per month. For this reason I held defendant ABC Rentals liable for charging an excessive rate for towing in violation

9 of 11

of Cal. Veh. Code § 22658(a)(1) and Cal. Bus & Prof. Code § 17200, because the City of Fairfield Tow Fee & Storage schedule agreement is at maximum $175.00 Per hour of towing and it would have only taken ABC Rentals thirty (30) minutes, if that, to tow "The Subject Vehicle" from its location.

My claim was filed with County of Solano on May 1, 2017. I reallege and incorporate by reference, the documents for discovery by judicial notice in the original Small Claim of my contracts. 1. Notice of Claim & Affidavit of PROOFS Of Claim 2. Notice of Fault and Opportunity to Cure & Affidavit of Negative Agreement 3. Res Judicata Certificate of Non-Response & Affidavit of Default. There also was a Notice of Recorded Rejection of Claim. Defendants Solano County's failed act, respond, and rebut my claims, so I held them liable for breach of contract.

"The Subject Vehicle" was no longer habitable from all the damages suffered so it was left with defendant ABC Rentals. I was a little behind on the rent until on or about November 5, 2017, I paid up to date my storage fee arrears with my Direct Express debit card a total of $325.00 paid to ABC Rentals. I reallege and incorporate by reference the Notice of Pending Lien Sale attached to the affidavit in support of Request To Amend Party Name Before Hearing in court's file. The beginning of December, 2017 "The Subject Vehicle" was wrongfully evicted with an excessive storage fee of $70.00 Per day when I was only Paying $125.00 Per month. For this reason, I held defendant ABC Rentals liable for another violation of Cal. Veh. Code § 22658 (a)(1) and Cal. Bus & Prof. Code § 17200, as well as a "wrongful eviction." There was a conversion of "The Subject Vehicle". The subject vehicle was converted over to ABC Rentals when I rightfully had dominion of it.

10 of 11

For this reason, I held defendant ABC Rentals liable for the conversion Cal. Civ. Code, § 3336 and again Cal. Bus. & Prof. Code, § 17200.

Defendant Department of Motor Vehicles would not accept my Declaration of Opposition to the Pending lien Sale that I received upon a "delayed discovery." I attempted to rescind the rejected opposition to the Pending lien Sale explain the fraud and false Paperwork. The only response I received was felt Procuration. My Government Claim was filed March 12, 2018. I never received any response to my Government Claim. I held defendant Department of Motor Vehicles liable for accepting false Paperwork and for conversion Cal. Civ. Code, § 3336 for converting "The Subject Vehicle" to ABC Rentals. (attached hereto is the unanswered Government Claim form.)

11 of 11

Exhibit A

SOLANO COUNTY SHERIFF'S OFFICE                    Page # 6

CA04800                                          CASE #CR17-1732

Dep J. McNeil  1L30

04/06/17 1310HRS: I was assigned to the Solano County Sheriff's Office Enforcement Team
and doubled with (W1) Deputy D. Snedeker working in a marked patrol car. We went to the area
of Flamingo Street @ San Marcos Street Fairfield attempting to locate (S) Joshua Harrell's travel
trailer. We located a travel trailer parked in front of 1719 Flamingo Street. Solano County
Probation issued a detainer for Harrell's arrest for violating the terms and conditions of Post
Release Community Supervision (PRCS).

We knocked on the door and Harrell came to the door. Harrell was taken into custody at which
time I asked if anyone else was inside the trailer. Harrell told me no and stated the trailer was
his. A registration check with dispatch confirmed Harrell to be the registered owner.

I conducted a search of the trailer pursuant to Harrell's terms and conditions of PRCS. I located
an operable digital scale in a closet drawer. In the same drawer I located a white plastic baggie
containing a white crystal substance, which I recognized as suspected methamphetamine based
on my training and experience. Both the scale deck and white crystal substance were
presumptive positive for the presence of suspected methamphetamine. The suspected
methamphetamine weighed 13.4 grams AGW.

In the middle bottom drawer I located a corner of a white plastic trash bag. The bag had been
torn and stretched. Based on my training and experience, bags like this are often used as
packaging for illicit drugs, "Pinch and Pull Method". I collected each item and later booked
them into evidence.

There was only male clothing hanging in the closet area located above the drawers. I found
indicia addressed to Harrell in the closet and bedroom area. I did not find any user paraphernalia
in the trailer or on Harrell's person. I inventoried Harrell's wallet and found $351.00 US
Currency. The money was in two bundles, $340.00 in $20's and $10.00 in $5's and one $1.00. I
collected the cash as evidence and later booked it into evidence.

Based on the amount of cash, amount of suspected methamphetamine, the operable digital scale,
the lack of user paraphernalia and my training and experience, I believe Harrell possessed the
suspected methamphetamine for sale.

I photographed each item and later submitted the photos into evidence.

I met with Harrell who was seated in the back seat of a patrol car. I activated my body worn
camera and attempted to interview him. I advised him of his Miranda rights as read from my
department issued card. Harrell stated he understood his rights and wanted a lawyer. I
terminated the interview. I later uploaded the body worn camera footage to the evidence
database.

| R/O Signature | I.D. # | Approved by |
|---|---|---|
| J. McNeil | 1L30 | 4/8/2017 |

Exhibit "B"

Case 2:18-cv-00729-TLN-EFB   Document 1   Filed 04/02/18   Page 1 of 1

Government Claims Program

## GOVERNMENT TORT CLAIM FORM

MAR 1 2 2018

RECEIVED

(PLEASE TYPE OR PRINT ALL INFORMATION REQUESTED)

CLAIM AGAINST Jean Shiomoto, Dept. of Motor Vehicles (NAME OF PUBLIC ENTITY).

1. CLAIMANT'S NAME: Joshua Neil Harrell

2. CLAIMANT'S MAILING ADDRESS: 2450 Clauden K Road
(ADDRESS)

Fairfield          CA        94533
(CITY)            (STATE)    (ZIP CODE)

3. AMOUNT OF CLAIM: $ 5,000.00

IF THE AMOUNT CLAIMED EXCEEDS TEN THOUSAND DOLLARS ($10,000), THE AMOUNT OF THE CLAIM SHOULD BE UNSPECIFIED AND CLAIMANT SHOULD INDICATE THE TYPE OF CIVIL CASE:

☑ LIMITED CIVIL CASE ($25,000 OR LESS)

☐ NON-LIMITED CIVIL CASE (OVER $25,000)

4. ITEMIZATION OF CLAIM: (How was the amount claimed above computed; list items totaling amount set forth above, including damages for pain and suffering, if applicable). IF YOU HAVE SUPPORTING DOCUMENTATION FOR THE AMOUNT CLAIMED (BILLS, RECEIPTS, ETC.), PLEASE ATTACH THREE (3) COPIES TO THIS CLAIM.

| ITEM | DOLLAR AMOUNT |
|------|---------------|
| 1989 Cobin Fifth Wheel trailer CA License # 1DH4820 | $ 5,000.00 |
| | |
| | |
| | |
| | |
| | |

(CONTINUE ITEMIZATION ON SEPARATE SHEET, IF NECESSARY)

5. ADDRESS TO WHICH NOTICES ARE
   TO BE SENT IF DIFFERENT FROM
   LINES 1 AND 2:

_____
(NAME)

_____
(STREET OR P.O. BOX NUMBER)

_____
(CITY)     (STATE)    (ZIP CODE)

**6. DATE & TIME OF ACCIDENT OR LOSS:** March 5 2018

**7. LOCATION OF ACCIDENT OR LOSS (INCLUDE CITY, COUNTY, AND STREET ADDRESS, INTERSECTION, ROAD NUMBERS OR MILE MARKER):** State of California, Lien Sales Section, Department of Motor Vehicles, P.O. Box 932317, Sacramento, CA 94232-3170

**8. HOW DID THE ALLEGED ACCIDENT OR LOSS OCCUR? STATE ALL FACTS WHICH SUPPORT YOUR CLAIM AGAINST THE PUBLIC ENTITY:** Department of Motor Vehicles accepted false paperwork that is fraudulent and converted my 1989 Calid Fifth Wheel Trailer CA License # 1DH4820 / VIN: 1C930292SKA177186 to ABC Rentals.

**(CONTINUE ON SEPARATE SHEET, IF NECESSARY)**

**9. DESCRIBE INJURY / DAMAGE / LOSS:** Personal Property losses

**(CONTINUE ON SEPARATE SHEET, IF NECESSARY)**

**10. NAME OF PUBLIC EMPLOYEE (S) CAUSING INJURY / DAMAGE / LOSS, IF KNOWN:** Jean Shiomoto, Director of Motor Vehicle, Department of Motor Vehicles

**11. SIGNATURE OF CLAIMANT OR ATTORNEY/REPRESENTATIVE:**

X _(signature)_                    **DATED:** 3-5-2018

**12. DAYTIME TELEPHONE NUMBERS (PLEASE INCLUDE AREA CODE)**
   **CLAIMANT**                                    **ATTORNEY/REPRESENTATIVE**
   (   )                                              (   )

## NOTICE

SECTION 72 OF THE PENAL CODE PROVIDES:

"EVERY PERSON WHO, WITH INTENT TO DEFRAUD, PRESENTS FOR ALLOWANCE OR FOR PAYMENT TO ANY STATE BOARD OR OFFICER, OR TO ANY COUNTY, CITY, OR DISTRICT BOARD OR OFFICER, AUTHORIZED TO ALLOW OR PAY THE SAME IF GENUINE, ANY FALSE OR FRAUDULENT CLAIM, BILL, ACCOUNT, VOUCHER, OR WRITING," IS GUILTY OF EITHER A MISDEMEANOR OR FELONY AND MAY BE SUBJECT TO IMPRISONMENT AND/OR A FINE.

Case 2:18-cv-00729-TLN-EFB   Document 1   Filed 04/02/18   Page 45 of 51

**STATE OF CALIFORNIA- DEPARTMENT OF GENERAL SERVICES**
**Government Claim Form**
DGS ORIM 06 (Rev. 05/2016)

**Government Claims Program**
**Office of Risk and Insurance Management**
**Department of General Services**
**P.O. Box 989052, MS 414**
**West Sacramento, CA 95798-9052**

For Office Use Only

1-800-955-0045 ▪ www.dgs.ca.gov/orim/Programs/GovernmentClaims.aspx

### Is your claim complete?

| | |
|---|---|
| ☐ | Include a check or money order for $25 payable to the State of California. |
| ☐ | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| ☐ | Attach copies of any documentation that supports your claim. Please do not submit originals. |

### Claimant Information  Use name of business or entity if claimant is not an individual

| 1 | Harrell  Last name | Joshua  First Name | N  MI | 2 | Tel: |
|---|---|---|---|---|---|
| | | | | 3 | Email: |

| 4 | 7480 Cherbank Road  Mailing Address | Fairfield  City | CA  State | 94533  Zip |
|---|---|---|---|---|

| 5 | Inmate or patient number, if applicable: 94437 |
|---|---|
| 6 | Is the claimant under 18?  If Yes, please give date of birth: |
| 7 | No |

If you are an insurance company claiming subrogation, please provide your insured's name in section 7.

| 8 | N/A |
|---|---|

If your claim relates to another claim or claimant, please provide the claim number or claimant's name in section 8.

### Attorney or Representative Information

| 9 | Harrell  Last name | Joshua  First Name | N  MI | 10 | Tel: |
|---|---|---|---|---|---|
| | | | | 11 | Email: |

| 12 | 7480 Cherbank Road  Mailing Address | Fairfield  City | CA  State | 94533  Zip |
|---|---|---|---|---|

| 13 | Relationship to claimant:  Self |
|---|---|

### Claim Information  Please add attachments as necessary

| 14 | Is your claim for a stale-dated warrant (uncashed check)?  ○ Yes  ⊗ No  If No, skip to Step 15. |
|---|---|
| | State agency that issued the warrant: |
| | Dollar amount of warrant:  |  Date of Issue:  MM/DD/YYYY |

| 15 | Date of incident: March 5 2016 |
|---|---|
| | Was the incident more than six months ago?  ○ Yes  ○ No |
| | If YES, did you attach a separate sheet with an explanation for the late filing?  ○ Yes  ○ No |

| 16 | State agencies or employees against whom this claim is filed: Department of Motor Vehicles; Lien Sales Section, Jean Shiomoto, Director of Motor Vehicles, |
|---|---|

| 17 | Dollar amount of claim: $5,000.00 |
|---|---|
| | If the amount is more than $10,000, indicate the type of civil case:  ⊗ Limited civil case ($25,000 or less)  ○ Non-limited civil case (over $25,000) |
| | Explain how you calculated the amount: Declaratory and Injunctive Relief; in the alternative costs for conversion of my 1989 Colin Fifth Wheel Trailer CA License # 1DH4820 VIN: 1C9BL2925KA171186 |

Page 4 of 5

| 18 | Location of the incident: Lien Sales Section. Department of Motor Vehicles. P.O. Box 932317, Sacramento, CA 94232-3170 |
|---|---|
| 19 | Describe the specific damage or injury: Department of Motor Vehicles accepted fraudulent & false paperwork converting my 1989 Coln Fifth Wheel Trailer to ABC Rentals. |
| 20 | Explain the circumstances that led to the damage or injury: Emotional distress and extreme mental anguish. |
| 21 | Explain why you believe the state is responsible for the damage or injury: State of California Department of Motor Vehicles are responsible. |
| 22 | Does the claim involve a state vehicle?                                   O Yes    Ø No |
|    | If YES, provide the vehicle license number, if known: |

**Auto Insurance Information**

| 23 | National General Assurance |
|---|---|
|    | Name of Insurance Carrier |

| P.O. Box 1623 | Winston-Salem | NC | 27102-1623 |
|---|---|---|---|
| Mailing Address | City | State | Zip |

| Policy Number: 2004107135 | | Tel: (112) 911-4421 |
|---|---|---|
| Are you the registered owner of the vehicle? | | Ø Yes    O No |
| If NO, state name of owner: | | |
| Has a claim been filed with your insurance carrier, or will it be filed? | | O Yes    Ø No |
| Have you received any payment for this damage or injury? | | O Yes    Ø No |
| If yes, what amount did you receive? | | |
| Amount of deductible, if any: | | |
| Claimant's Drivers License Number: D1184010 | Vehicle License Number: D1H4810 |
| Make of Vehicle: Coln Fifth Wheel | Model: Coln | Year: 1989 |
| Vehicle ID Number: IC93L291SKA177186 | | |

**Notice and Signature**

| 24 | I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72). |
|---|---|
|    | Signature of Claimant or Representative        Joshua Neil Hubbell        Date: March 5, 2018 |
|    | Printed Name |
| 25 | Mail this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 989052, MS 414, West Sacramento, CA 95798-9052. Forms can also be delivered to the Office of Risk and Insurance Management, 707 3rd street, 1st Floor ORIM, West Sacramento, CA 95605. |

1  Joshua Neil Harrell, #194137

March 5, 2018

2  Station Solano County Jail

3  2450 Claybank Road

4  Fairfield, CA 94533

5  In Propria Persona

6

7  C/o Lien Sale Section

8  Department Of Motor Vehicles                    Affidavit Of Truth

9

10  P.O. Box 932317

11  Sacramento, CA 94232-3710

12

13  Re: Rescinded And Rejected Transfer Of Title In Full

14  Accord With The Truth-in-Lending Act 15 U.S.C.A § 1635 (a)

15

16  Attn: Lien Sales,

17

18  I, Joshua Neil Harrell, a living, breathing man, being first duly

19  sworn, depose, say and declare by my signature that the following

20  are true and correct based on information and my belief:

21

22  1. I have dominion of 1989 Collins Fifth Wheel Trailer CA License# 1DN9026

23  VIN: 1CB295VA171986, formally known as Joshua. I have Personal knowledge

24  and am competent to state the matters set forth herein;

25

26  2. There has been a fraudulent transfer of this vehicle.

27

28  3. On or about March 5, 2018, I received the attached hereto

Notice of Implicit Denial of Opposition.

4. I am rescinding and rejecting the transfer of this vehicle in full accord with the Truth-in-Lending Act. 15 USCA § 1635 (a) and returning said document.

WHEREFORE the vehicle owner Prays that the DMV be restrained from transferring the title.

Further Affiant Saith Not

By: _____
Joshua Neil Harrell

Verification

I, Joshua Neil Harrell, the affiant herein, declare under Penalty of Perjury that these statements are true, correct and certain. Executed under Penalty of Perjury at SOLANO COUNTY, California on this day of March 2018.

By: _____
Joshua Neil Harrell

CALIFORNIA STATE TRANSPORTATION AGENCY                                          EDMUND G. BROWN JR., Governor

**DEPARTMENT OF MOTOR VEHICLES** LN-EFB   Document 1   Filed 04/02/18   Page 49 of 51
Lien Sale Section
P. O. Box 932317
Sacramento, CA  94232-3170
(916) 657-7617

**MARCH    02, 2018**



JOSHUA NEIL HARRELL
2450 CLAYBANK ROAD                          **ABC RENTALS**
FAIRFIELD        CA  94533

Vehicle Information

License #: 1DRU620

VIN #:  1C3BL2925KA177186

Your Declaration of Opposition is invalid. The reasons are shown below.

If you wish to inquire regarding the disposition of your vehicle or vessel, you should contact the lienholder shown above immediately.

To withhold the transfer of this vehicle or vessel, you must provide the department with either a restraining order issued by a California or United States Court, or request from a law enforcement agency.

If a restraining order is furnished, it must be served upon the Director of Motor Vehicles or the department's legal counsel in Sacramento and must be accompanied by a copy of the complaint or petition. The restraining order must specifically restrain the Department of Motor Vehicles from transferring this vehicle or vessel.

**Your Declaration of Opposition is invalid for the following reason(s):**

ACCORDING TO CALIFORNIA CIVIL CODE SECTIONS 3071(C)(3) AND
3072(C)(3), THE DECLARATION OF OPPOSITION MUST BE SIGNED
AND RETURNED WITHIN TEN(10) DAYS AFTER THE DATE ON WHICH
THE NOTICE WAS MAILED. YOUR OPPOSITION WAS NOT POSTMARKED
WITHIN THIS TIME FRAME.

                                                                              JCG
                                                                              U/O-7
                                                                              LSE

Case 2:18-cv-00729-TLN-EFB   Document 1   Filed 04/02/18   Page 50 of 51

PROOF OF SERVICE BY US Mail

I, Joshua Neil Harrell, the claimant herein, am over the age of eighteen (18) years and a resident of SOLANO COUNTY, California. I hereby certify that on March 6th, 2018, I served the attached Government Claim on the following person(s) hereinafter listed.

Jean Shiomoto, Director of Mtr Vehicles
Department of Mtr Vehicles
2415 1st Ave. Mail Station F101
Sacramento, CA 9818

Office of Government Claims Program
Office of Risk and Insurance Management
Department of General Services
P.O. Box 989052, MS 414
West Sacramento, CA 95798-9052

By placing a copy of said documents in an addressed envelope in the presence of an Officer whom then placed in the Solano County Jails internal mailing system to be delivered United States Mail.

Date: March 6th, 2018

By: Joshua Neil Harrell
- Claimant -

Joshua Neil Harrell #194137
Solano County Jail
500 Union Avenue
Fairfield, CA 94533
In Propria Persona

FILED
Clerk of the Superior

SEP 2 1 2018

By_____
DEPUTY CLERK

Superior Court of California
County of Solano

JOSHUA NEIL HARRELL,
        Plaintiff,

No. FSC062310

V

Solano County Sheriff's Office, et al.,
        Defendants.

Memorandum of Points and Authorities In Support of Motion For Leave [Proposed] First Amended Complaint

Pro se Plaintiff Joshua Neil Harrell respectfully submits the following memorandum of points and authorities in support of motion for leave filing the attached [Proposed] First Amended Complaint:

## Introduction

Comes Now before this Court is my motion for leave filing the attached [Proposed] Amended Complaint that better clarifies the Proceedings dropping defendant National General Assurance and adding defendant Department of Motor Vehicles. The original Public entities defendants have stipulated and agreed to my amending the Complaint because I voluntarily dismissed the District Court

action that was related to this case In the Furtherance Of Justice, My
amended Small Claim should be granted.

## Statement of Facts of the Case

On April 6, 2017, I was in my 1989 Collins Fifth Wheel trailer (hereinafter
"The Subject Vehicle") I had parked in the roadway on Flamingo Street, Fairfield, CA.
There was a knock on my door and announced themselves as "Solano County
Sheriff's Office"

It was defendant deputy Jacob G. McNeil teamed up with defendant deputy
Daisy Sheaffer, who came with an active PRCS warrant for my arrest.
The relative Public entity defendants failure to remove "The Subject Vehicle"
to the nearest Public garage for safekeeping, For the Public entity
defendants failure to follow the "community caretaking doctrine" I suffered
injuries or losses.

Further, as an inmate of the defendant "Solano County(s)" Jail I was treated
with deliberate indifference on Two separate occasions. The first time on
April 8, 2017, when I found out "The Subject Vehicle" was broken into and my
Personal Property was stolen. The second time when I found out that "The
Subject Vehicle" itself was stolen on April 18, 2017. Both times the custodial
officers shrugged their shoulders, and said "there's nothing we can do." I
suffered injuries or deliberate indifference.

My mother Jessie Benner Paid defendant ABC Rentals $875.00 of my
money to tow "The Subject Vehicle" less than five miles at the excessive
rate of $500.00 and for three months storage at the rate of $125.00
Per month.

"The Subject Vehicle" Stolen and completely stripped of all my Personal Property
and severely damaged from burglars, theft and vandalism, to the point
it was no longer habitable. It remained stored at ABC Rentals.

The Putitive Public entity defendants breached my contracts served upon
them: Notice of Claim and Affidavit of PROOF of Claim; Notice of Fault and
Opportunity to Cure with affidavit of Negative Averment: Notice of Restricted
Revocation of Claim; and Res Judicata Affidavit of Default. (I realleye and
incorporate by reference the contracts attached to original Small Claim.)

I became behind on the rent with defendant ABC Rentals until on or
about November 5, 2017. I paid in full the amount owed $ 325.00 of
my Comerica Bank Direct Express Mastercard. In the begining of December
2017. "The Subject Vehicle" was wrongfully evicted and a lien hold was
placed with the excessive rate of $70.00 per day when the rent
was only $125.00 per month. There was a conversion of "The Subject
Vehicle". I rightfully had dominion of. (I realleye and incorporate by
reference the Notice of Posting Lien Sale attached to the affidavit in
support of the Request to Amend Party's Name in Court File.)

Through "delayed discovery" I received the "Notice of Posting Lien Sale"
that was forwarded to me from my mailing address. I attempted to
oppose the Posting lien sale by affidavit explaining why there should
not be a lien on "The Subject Vehicle" and defendant Department of Motor Vehicles
wrongfully denied my opposition and converted "The Subject Vehicle" to
defendant ABC Rentals.

Argument

1. The Putative Public Entity Defendants Are Liable By Breach Of Duties

Upon my arrest, defendants Solano County, Solano County Sheriff's Office deputy Jacob C. McNeil and deputy Daryl Snedeker failed to follow the Statutes of Vehicle Code 38 22651(h)(1), 22651(b) as well as the "community caretaking doctrine". See e.g. People v. Williams (App. 2 Dist 2006) 52 Cal.Rptr. 3d 162, 145 Cal. App. 4th 756 (where impoundment of a vehicle is warranted under the community caretaking doctrine depending on the location of the vehicle and the Officers duty to prevent it from creating a hazard by being a target for vandalism and theft)(third)

The area where the deputies left "The Subject Vehicle" near San Marco Street by the park was definitely a hazardous area for theft and vandalism. They should have followed the community caretaking doctrine "to provide for the safekeeping of vehicles and the property they may contain." Id. People v. Sharris (App. 1 Dist 2010) 107 Cal.Rptr. 3d 721, 183 Cal. App. 4th 1238.

This is a different kind of case. There are some cases where a plaintiff due process rights were violated when towed, but in this case I suffered injuries because the defendants tow it. (Gov. Code § 810.8) Defendants violated breach of duty.

Standard Of Review:

To plead a cause of action for negligence the plaintiff should set forth particular facts, describing either an omission or an affirmative act, which, as a matter of substantive law, amount to the breach of a legal duty

of case. [1 Witkin, California Proc. [5th ed], Pleading § 555] In cases in which the alleged breach of duty involves violation of a statute (Vehicle Code 22 2251(h)(1), 22659(b)) it is not necessary to plead the statute if the alleged cause of action is negligence of the defendant, rather than a violation of the statute, and the statutes are merely evidence offered to show the defendant's negligence. Evid Code § 669(a) see e.g. Michael R. v. Jeffrey B., 158 Cal. App. 3d 1059, 205 Cal. Rptr. 312 (2d Dist. 1984)

The Putative Public entities defendants, under the color of law, have violated my civil rights. e.g. Karim-Panahi v. Los Angeles Police Dept., 839 F.2d 621. 624 (9th Cir. 1988)

My rights violations have been inflicted by breach of duty.

9. The Putative Public Entity Defendants Are Liable Under The California Government Claims Act.

Under the California Government Claims Act, state and local public entities may be held liable for injuries caused by the acts or omissions of their employees acting within the scope of their employment (Gov. Code § 815.2) A Public entity may also be liable under the California Government Claims Act for intentional torts of elected officials employed as or representing the Public entity, if both the elected official and the Public entity are named as co-defendants in the same action (Gov. Code § 815.3(a)) State and local Public entities are also liable for injuries caused by a dangerous condition on Public property (Gov. Code § 835) Furthermore, an employee of a Public entity may be held liable for acts or omissions that cause injury. Providing the acts or omissions are within the scope of the employees employment (Gov. Code § 820) A Public employee may

also be held liable for injuries resulting from dangerous conditions of Public Property (Gov. Code, §§ 840 to 840.6)

"Injury" includes Personal injury, Property damage or loss, or any other injury one may suffer to person, reputation, character, feelings, or estate that would be actionable if inflicted by a Private Person (Gov. Code, § 810.8)

For all these above described reasons, the Putative Public entity defendants have no immunity and are liable under the Government Codes.

## 3. Defendant ABC Rentals Have Repeatedly Violated The Unfair Competition Act

I.) Defendant charged my mother $815.00 of my money to tow "The Subject Vehicle" less than five (5) miles at the excessive rate of $500.00 and to store "The Subject Vehicle" for three (3) months at the rate of $125.00 per month.

It would have taken defendant ABC Rentals a half of an hour, if that to tow "The Subject Vehicle" from its location to where it was towed. The rate of $500.00 was extremely excessive in violation of Veh. Code, §22658 (i)(1). The City of Fairfield's Tow & Storage Fee schedule agreement with local tow truck companies, as well as the CHP, show rates of a maximum $125.00 per hour and it would have only taken defendant ABC Rentals a half hour. The amount $500.00 was excessive not only in violation of Veh. Code, §22658 (i)(1) as well as Bus & Prof. Code, §17200; e.g. People ex rel. Renne v. Servantes, 86 Cd. App. 4th 1081 (2001)

II.) On or about November 5, 2017, I paid defendant ABC Rentals a total of $325.00 off my Comerica Bank Direct Express Mastercard for the current rent in arrears for "The Subject Vehicle". In the beginning of December 2017 wrongfully evicted "The Subject Vehicle" when rent was paid up to date.

I suffered a constructive eviction. Civ. Code, § 3300, see e.g. Guntert v. Stockton (1976. 3rd Dist.) 55 Cal. App. 3d 131, 126 Cal. Rptr. 690, 127 Cal. Rptr. 602 (as a conversion of my personal property) Eickhorn v. De La Cantera, (1953) 117 Cal. App. 117 Cal. App. 2d 50, 255 P2d 70

III.) After the constructive eviction ABC Rentals charged an excessive rate of $70.00 per day in a "Notice of Pending Lien Sale" when my rent was only $12500 per month violation of Veh. Code, § 22658(V)(1) and Bus. & Prof. Code, § 17200

III.) There was a conversion of "The Subject Vehicle" I rightfully had dominion of in violation of Civ. Code, § 3336, Eickhorn v. De La Cantera (1953)

All those incidents, with defendant ABC Rentals have had the cumulative effect as described in U.S. v. Rivera, 900 F.2d 1462 (10th Cir 1990) that have effected my rights to due process and the Unfair Competition Act.

4. Defendant Department Of Motor Vehicles Has Accepted False Paperwork And Converted "The Subject Vehicle"

By and through a "delayed discovery" I received the Notice of Pending Lien Sale (I reallege and incorporate by reference the Notice of Pending Lien Sale attached to the affidavit in support of the Request to Amend Party's Name in Courts File) I attempted to oppose the Pending lien sale by affidavit explaining all the reasons why defendant Department of Motor Vehicles denied my opposition and converted The Subject Vehicle" to ABC Rentals (Exhibit "B") Civ. Code § 3336, e.g. Farmers Ins. Exchange v. Zerin, 53 Cal. App. 4th 445, 451, 61 Cal. Rptr. 2d 707 (3rd Dist. 1997)

For the conversion of "The Subject Vehicle", I ask for declaratory and injunctive relief specifically restraining the transfer of title [or] in the alternative relief under Civ. Code § 3336

## 5. The Proposed Amended Small Claim Should Be Granted By Law

I.) In the objective Small Claim, It wasn't very clear what my causes of action were for each of the defendants. With the attached amendment, I have clarified my pleadings and an amendment may be allowed to clarify the pleading by law. See e.g. U.S. v. Posner, 405 F. Supp. 934 (D. Md. 1975)

II.) Leave to amend should be granted because I have dropped the defendant National General Assurance and I am attempting to add defendant Department of Motor Vehicles. Since the adding party defendant Department of Motor Vehicles has never been served a copy of a Small Claim, it is before a responsive pleading and leave from the Court not necessary. See e.g. De Malherbe v. International Union of Elevator Constructors, 438 F. Supp. 1121, 25 Fed. R. Serv. 2d 35 (N.D. Cal. 1977); City Bank v. Cia Const Corp., 68 F.R.D. 511, 31 A.L.R. Fed. 749 (D. Haw. 1975)

III.) The Private Public Entity defendants have agreed to terms of my stipulation allowing amendment. This practice renders a noticed motion and hearing unnecessary [5 Witkin, California Procedure (4th ed) Pleading § 1119] See e.g. Del Pino v. Gualtieri, 265 Cal. App. 2d 912, 71 Cal. Rptr. 716 (1st Dist 1968)

For all these reasons, I have the right to amend my Small Claim by law

6. My Rights To Due Process Of My Small Claim Have Long Too Been Violated

California Provides that vehicle owners can have "a civil remedy sounding in negligence for negligent erroneous interference with their Property by either (1) a regular court action for recovery of the vehicle, Cf. C.I.T. Corp. v. Baltimore Garage, 3 Cal. App. 2d 757, 36 P.2d 247 (1934) or damages for conversion cf. Brown v. J.E. French Co., 253 Cal. App. 2d Supp. 1679, 60 Cal. Rptr. 646 (1967), or recovery of the fees the owner already paid, or (2) a Small Claim action See e.g. Adams v. Dept. Of Motor Vehicles, 11 Cal. 3d 146, 156 113 Cal. Rptr. 145, 520 P.2d 961 (1974); Cal. Code Civ. Proc. § 116.2 (West Supp. 1977). A regular court action would entail considerable delays. Even a Small Claim Court action is generally heard no earlier than ten (10) no later than Fourty (40) days from the filing of the Claim Cal. Code Civ. Proc. § 116.4 (West Supp. 1977)
It will be over Seven (7) months since the original filing of this Small Claim and my rights to due process have been violated.

Conclusion

The attached Proposed Amended Small Claim should be granted in the furtherance of Justice.
September 5, 2018

Without Prejudice,

By: Joshua Neil Harrell

Joshua Neil Harrell
Francis Harrell's-Seventh-great-grandson
In Pro se

Joshua Neil Harrell, #194137
Solano County Jail
500 Union Avenue
Fairfield, CA 94533
In Propria Persona

F I L E D
Clerk of the Superior Court

SEP 2 1 2018

By_____
DEPUTY CLERK

Superior Court of California
County of Solano

JOSHUA NEIL HARRELL,
        Plaintiff,

v.

Solano County Sheriff's Office, etal.,
        Defendants.

No. FSC062310

Affidavit In Support Of Motion
For Leave to Amend

I, Joshua Neil Harrell, a living breathing man, being first duly sworn, depose, say, and declare by my signature that the following facts are true, correct and certain:

1. I am the pro se plaintiff in this above-entitled action.

2. I have personal knowledge and am competent to state the matters set forth herein,

3. This action was brought for the purpose of amending my Small Claim, to better suit my pleading and because I have dropped defendant National General Assurance and intend to add defendant Department of Motor Vehicles.

4. This Small Claim action commenced by filing of the Small Claim on February 24, 2018. Since the filing, I have attempted to amend the Small Claim twice and each time I have been wrongfully denied. I believe I have the absolute right by law to amend my Small Claim one time.

5. The Court has calendared an evidentiary hearing on October 16, 2018, at 1:30 p.m. in Department 8 in front of the Honorable Wendy G. Getty at which time make a decision on this Proposed Amendments motion for leave.

6. The specification of the Proposed amendment better clarifies my causes of action as to each defendant. The Putative Public entities defendants I have grounds for initially a breach of duty, that turned into deliberate indifference, and breach of my contracts. Defendant ABC Rentals I have grounds for violations of the Unfair Competition Act, wrongful eviction, conversion, and violations of the vehicle code statutes for excessive fines. Defendant Department of Motor Vehicles I have grounds for accepting false paperwork and conversion.

7. The facts clarifying the pleadings in my Proposed amendment were not included in the original Small Claim because they have only came after hundreds of hours of research and studies on these subjects.

Further Affiant Saith Not

Done this 5th day of September 2018.

By: _Joshua Neil Harrell_

Joshua Neil Harrell
In Pro Se

# Verification

I, Joshua Neil Harrell, the Pro Se Plaintiff herein, declare under Penalty of Perjury that these statements are true and correct, based on information and my belief. Executed under Penalty of Perjury at Solano County, California on the 5th day of September 2018

By: _Joshua Neil Harrell_

_Joshua Neil Harrell_
- Affiant -

# EXHIBIT E

ENDORSED FILED
Clerk of the Superior Court

OCT 0 5 2018

By_____ M. FIELDS
DEPUTY CLERK

SUPERIOR COURT

STATE OF CALIFORNIA, COUNTY OF SOLANO

DEPARTMENT EIGHT

JOSHUA N. HARRELL,

      Plaintiffs,

vs.

SOLANO COUNTY SHERIFF'S OFFICE, et al.,

      Defendants.           /

NO.: FSC062310

**NOTICE OF CHANGED
HEARING DATE**

DATE: November 27, 2018
TIME: 1:30 P.M.
DEPT.: 8

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:

    The above case, currently scheduled for Ruling on Motion, Trial Setting and Order to Show Cause hearing on October 16, 2018, has been continued on the Court's calendar.

    **The new calendar date is:** November 27, 2018 at 1:30 PM in Department 8, located at: Old Solano Courthouse, Courtroom One, 580 Texas Street, Fairfield, California.

DATED: October 5, 2018          Clerk of the Court

                       By:      *Maia Fields*

                            Maia Fields
                            Judicial Assistant/Deputy Clerk

EXHIBIT E

Joshua Neil Harrell, #19437
Solano County Jail
500 Union Avenue
Fairfield, CA 94533
In Propria Persona

**F I L E D**
Clerk of the Superior Court

OCT 2 2 2018

By _____ DEPUTY CLERK

Superior Court of California
County of Solano

JOSHUA NEIL HARRELL,
    Plaintiff,

V

Solano County Sheriff's Office, etal,
    Defendants.

No. FSC062310

Objection To Change Of
Hearing Date

To: Honorable Judge Wendy G. Getty And All Other Parties;

Please Note that Pro se Plaintiff, Joshua Neil Harrell. objects to
the change of hearing ordered and filed October 5, 2018, by
Deputy Clerk Maia Fields.

The grounds for this objection are: 1. County Clerks are Prohibited
to practice law 2. This is an abuse of the judicial process. 3. It
Violates my rights to due process.

Accordingly, under Gov. Code. 68082. Prohibits County Clerks to practice
law and that is exactly what Maia Fields has done, an "abuse of process"
by misuse of the power of the Court done in the name of the

Court and under its authority. Cal. Const. Art. 1 & 7; e.g. Abraham v. Lancaster Community Hospital, 217 Cal. App. 3d 796, 266 Cal. Rptr. 360, 1990-1 Trade Cas. (CCH) ¶ 68964 (2d Dist. 1990)

Additionally, under Code of Civil Procedure, section 116.4 my Small Claim should have been heard no later than fourty (40) days and it is going on eight (8) months since the operative Small Claim was filed and my rights to due Process are being violated, that is prohibited by California Constitutions Article 1, section 7, and the "Due Process Clause" of the United States Constitution

October 15, 2018

Without Prejudice,

By: _Joshua Neil Harrell_

Joshua Neil Harrell
"Sir Bathwater" (of Wales) eighth great grandson
Francis Harrell's (1600's) seventh great grandson
In Pro Se

# EXHIBIT "G"

Joshua Neil Harrell #194137
Solano County Jail
500 Union Avenue
Fairfield, CA 94533
In Propria Persona

FILED
Clerk of the Superior Court
OCT 22 2018
By_____
DEPUTY CLERK

Superior Court of California
County of Solano

JOSHUA NEIL HARRELL,
        Plaintiff,

V

Solano County Sheriff's Office, et al.,
        Defendants.

No. FCR062310

Notice Of Motion And Motion
To File The [Proposed] Amended
Small Claim

To: The Honorable Judge Wendy G. Getty And All Other Parties;

Please Take Notice that on November 27, 2018, at 1:30 p.m., or as soon thereafter as this matter may be in Dept. 8. of the above Court located at 580 Texas Street, Fairfield, California, Plaintiff hereby moves the Court for an ORDER allowing Plaintiff to file the [Proposed] Amended Small Claim attached to this motion and notice of motion.

This motion is made on the grounds that the Proposed Amended Small Claim clarifies the pleadings and because a party has been dropped and I intend to add additional party DMV. In the furtherance of justice and by law this motion should be granted.

182

This motion will be made based on this Notice, on all the pleadings and papers on file in this action, on the attached memorandum of points and authorities, and on the affidavit of Pro Se Plaintiff Joshua Neil Harrell.

WHEREFORE, I pray for this Court to grant leave to file the attached Proposed Amended Small Claim that acts as summary judgment.

October 10, 2018

Respectfully Submitted,

By: _Joshua Neil Harrell_

Joshua Neil Harrell

"Sir Bathwater" of Wales eighth-great-grandson

Francis Harrell Webb's seventh-great-grandson

In Pro Se

262

## SC-100

# Plaintiff's Claim and ORDER to Go to Small Claims Court

*Clerk stamps date here when form is filed.*

18 OCT 22 PH 3: 03

**Notice to the person being sued:**

- You are the defendant if your name is listed in ② on page 2 of this form. The person suing you is the plaintiff, listed in ① on page 2.

- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.

- If you lose, the court can order that your wages, money, or property be taken to pay this claim.

- Bring witnesses, receipts, and any evidence you need to prove your case.

- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.

- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.

- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.

- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.

- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*

Superior Court of California, County of
Old Solano Courthouse
580 Texas Street
Fairfield, CA 94533

*Court fills in case number when form is filed.*

Case Number: FSCO6X310

Case Name: Joshua Neil Hassell vs. Solano County Sheriff's Office, et al.,

### Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date | → Date | Time | Department | Name and address of court, if different from above |
|---|---|---|---|---|
| | 1. _____ | _____ | _____ | _____ |
| | 2. _____ | _____ | _____ | _____ |
| | 3. _____ | _____ | _____ | _____ |
| | Date: _____ | | Clerk, by _____ , Deputy | |

## Instructions for the person suing:

- You are the plaintiff. The person you are suing is the defendant.

- *Before* you fill out this form, read form SC-100-INFO, *Information for the Plaintiff,* to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/smallclaims/forms.*

- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make one copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.

- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all five pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B, and SC-104C.

- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2017, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**

SC-100, Page 1 of 5
→



Proposed Amendment

Plaintiff (list names): JOSHUA NEIL HARRELL

Case Number: FSCO62310

**(1)  The plaintiff (the person, business, or public entity that is suing) is:**

Name: Joshua Neil Harrell                                Phone: _____

Street address: 500 Union Avenue        Fairfield        CA    94533
  _____Street_____City_____State___Zip

Mailing address (if different): _____
  _____Street_____City_____State___Zip

**If more than one plaintiff, list next plaintiff here:**

Name: _____        Phone: _____

Street address: _____
  _____Street_____City_____State___Zip

Mailing address (if different): _____
  _____Street_____City_____State___Zip

☐ Check here if more than two plaintiffs and attach form SC-100A.
☐ Check here if either plaintiff listed above is doing business under a fictitious name. If so, attach form SC-103.
☐ Check here if any plaintiff is a "licensee" or "deferred deposit originator" (payday lender) under Financial Code sections 23000 et seq.

**(2)  The defendant (the person, business, or public entity being sued) is:**

Name: Solano County Sheriff's Office          Phone: (925) 349-3916

Street address: 530 Union Avenue, Suite 100        Fairfield      CA    94533
  _____Street_____City_____State___Zip

Mailing address (if different): 675 Texas Street, Suite 1800   Fairfield   CA   94533
  _____Street_____City_____State___Zip

**If the defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process here:**

Name: Cynthia Gordon Foreman          · Job title, if known: Senior Manager

Address: 675 Texas Street, Suite 6500        Fairfield      CA   94533
  _____Street_____City_____State___Zip

☑ Check here if your case is against more than one defendant, and attach form SC-100A.

☐ Check here if any defendant is on active military duty, and write his or her name here: _____

**(3)  The plaintiff claims the defendant owes $ 9,999.99          . (Explain below):**

a.  Why does the defendant owe the plaintiff money?
On April 6, 2017 I was parked in the roadway (near 1719 Flamingo Street, Fairfield, CA 94533) in my 1989 Collins Fifth Wheel trailer CA License No. 1PH4820 (hereinafter "The Subject Vehicle"). There was

When did this happen? (Date): _____

b.  If no specific date, give the time period:  Date started: April 6, 2017   Through: December 2017

c.  How did you calculate the money owed to you? (Do not include court costs or fees for service.)
The Public Entity defendants Solano County Sheriff's Office, Deputy Jacob G. McNeil, Deputy Daryl Snedeker, and County of Solano are liable jointly and severally for: 1. general damages

☐ Check here if you need more space. Attach one sheet of paper or form MC-031 and write "SC-100, Item 3" at the top.

Plaintiff *(list names):* JOSHUA NEIL HARRELL

Case Number: FSC062310

**(4) You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☑ Yes ☐ No

If no, explain why not: _____

_____

**(5) Why are you filing your claim at this courthouse?**
This courthouse covers the area *(check the one that applies):*

a. ☑ (1) Where the Defendant lives or does business.      (4) Where a contract (written or spoken) was made,
   (2) Where the Plaintiff's property was damaged.          signed, performed, or broken by the Defendant *or*
   (3) Where the Plaintiff was injured.                     where the Defendant lived or did business when the
                                                            Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim, is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civ Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civ Code, § 2984.4.)*

e. ☐ Other *(specify):* _____

**(6) List the zip code of the place checked in (5) above** *(if you know):* 94533

**(7) Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

**(8) Are you suing a public entity?** ☑ Yes ☐ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* 7-3-2017 / 3-12-2018
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**(9) Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No    *If yes, the filing fee for this case will be higher.*

**(10) I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**(11)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 10-14-2018    Joshua Neil Harrell        ▶ Joshua Neil Harrell
                    *Plaintiff types or prints name here*        *Plaintiff signs here*

Date: _____

                    *Second Plaintiff types or prints name here*        *Second Plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civ. Code, § 54.8.)*

## SC-100 — Information for the Defendant (the person being sued)

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may generally claim up to $10,000, including a sole proprietor. (See below for exceptions.*) The process is quick and cheap. The rules are simple and informal. You are the *Defendant*—the person being sued. The person who is suing you is the *Plaintiff.*

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare.*

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations.* Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Request to Waive Court Fees* (form FW-001).

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at *www.courts.ca.gov/smallclaims/forms.*

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)
- If you were at the trial, file Form SC-140, *Notice of Appeal.* You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration,* to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see *www.courts.ca.gov/smallclaims/appeals.*

### Do I have options?
Yes. If you are being sued, you can:
- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done so.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim.* There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial), *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county), *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

 **Need help?**
Your county's Small Claims Advisor can help for free.

Or go to *www.courts.ca.gov/smallclaims/advisor.*

---

* Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc. § 116.220(c).)

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
**(Small Claims)**

# SC-100 Información para el demandado (la persona demandada)

La **"Corte de reclamos menores"** es una corte especial donde se deciden casos por $10,000 o menos. Los individuos, o sea las "personas físicas" y los propietarios por cuenta propia, pueden reclamar hasta $10,000. Las corporaciones, asociaciones, entidades públicas y otras empresas solo pueden reclamar hasta $5,000. (Vea abajo para las excepciones.*) El proceso es rápido y barato. Las reglas son sencillas e informales. Usted es el Demandado—la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?** Puede hablar con un abogado antes o después del caso. Pero no puede tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?** No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos y pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en www.courts.ca.gov/reclamosmenores/preparese.

**¿Qué hago si necesito una adaptación?** Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, Request for Accomodations. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo bien inglés?** Pregúntele al secretario de la corte lo más pronto posible si en el juzgado habrá un intérprete disponible y cómo solicitarlo. No siempre están disponibles los intérpretes de la corte. Otra opción es llevar a un adulto que pueda interpretar para usted siempre que esa persona no sea un testigo ni un abogado. O puede pedir a la corte una lista de intérpretes particulares disponibles para contratar.

**¿Dónde puedo obtener los formularios de la corte que necesito?** Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en www.courts.ca.gov/ smallclaims/forms (página está en inglés).

**¿Qué pasa en el juicio?** El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?** Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, Aviso de apelación (Notice of Appeal). Tiene que presentarlo dentro de 30 días después de que el secretario le entregue o envíe la decisión (fallo) del juez en el formulario SC-200 o SC-130, Aviso de publicación del fallo (Notice of Entry of Judgment).

- Si no estuvo en el juicio, llene y presente el formulario SC-135, Aviso de petición para anular el fallo y Declaración para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea www.courts.ca.gov/reclamosmenores/apelaciones.

**¿Tengo otras opciones?** Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en cómo resolver el caso, el Demandante tiene que presentar el formulario CIV-110, Solicitud de desestimación (Request for Dismissal) ante el secretario de la corte. Pídale al Asesor de Reclamos Menores que lo ayude.

- **Probar que es la corte equivocada.** Envíe una carta a la corte antes del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)

- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Si desea que la corte emita una orden de comparecencia para que los testigos vayan al juicio, llene el formulario SC-107, Citatorio de reclamos menores (Small Claims Subpoena) y entrégueselo legalmente al testigo.

- **Demandar a la persona que lo demandó.** Si tiene un reclamo contra el Demandante, y el reclamo se puede presentar en la corte de reclamos menores, tal como se describe en este formulario, puede presentar el formulario SC-120, Reclamo del demandado (Defendant's Claim) y presentarlo en este mismo caso. Si su reclamo excede el límite permitido en la corte de reclamos menores, puede igualmente presentarlo en la corte de reclamos menores y está dispuesto a limitar su reclamo al máximo permitido, o puede presentar un reclamo por el monto total en la corte apropiada. Si su reclamo excede el límite permitido en la corte de reclamos menores y está relacionado con el mismo contrato, transacción, asunto o acontecimiento que el reclamo del Demandante, puede presentar su reclamo en la corte apropiada y presentar una moción para transferir el reclamo del Demandante a ésta corte, para poder resolver los dos reclamos juntos. Puede ver una descripción de los montos permitidos en el párrafo anterior titulado "Corte de reclamos menores".

- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.

- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?** Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio), o
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado), o
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio.)

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

O visite www.courts.ca.gov/reclamosmenores/asesores.

* Excepciones: Existen diferentes límites en un reclamo contra un garante. (Vea el Código de Procedimiento Civil, sección 116.220 (c).)

## Reclamo del Demandante y ORDEN
## Para Ir a la Corte de Reclamos Menores
### (Reclamos Menores)

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

MC-025

| SHORT TITLE: | CASE NUMBER: FSC062310 |
|---|---|

**ATTACHMENT** (Number): 3(a)

*(This Attachment may be used with any Judicial Council form.)*

a knock at my door announcing themselves as "Solano County Sheriff's Office." I was deputies Jacob G. McNeil teaming up with deputy Daryl Snedeker who came to arrest me with an active PRCS warrant. (Exhibit "A")

I was taken to jail for the warrant and "The Subject Vehicle" was left in the roadway where it was parked. Defendants Solano County Sheriff's Office, "McNeil," and "Snedeker" did not follow the "Community Caretaking Doctrine" and Veh Code §§ 22651 (k)(1), 22669 (b). I suffered "injury" because "The Subject Vehicle" was burglarized, vandalized, and stolen. Defendants are liable for a Breach of Duty.

I was treated with deliberate indifference in the "Solano County's Jail. First when I found out that "The Subject Vehicle" was broken into and all my personal property was stolen from a visit by Dawn Herron. I tried to get some help from the custodial officers but all they did was shrug their shoulders and say "there nothing we can do."

Then on or about April 18, 2017, I found out "The Subject Vehicle" itself was stolen. Again, I tried to get some assistance from the custodial officers and was told "there's nothing we can do."

On or about April 25, 2017, witness Cherese Graves located the stolen Subject Vehicle completely stripped and severely damaged from vandalism.

The deliberate indifference carried on through the defendant "County of Solano" by my claim and contracts that were breached. I realleged and incorporate by reference the contracts attached to my original Small Claim. (1) Notice of Claim & Affidavit of PROOF of Claim (2) Notice of Fault & Affidavit of Negative Averment (3) Notice of Default Rejection of Claim (4) Res Judicata Affidavit & Default. The Respondent defendant "County of Solano" are liable for breach of contract and deliberate indifference.

My mother Jessie F. Bonner paid defendant ABC Rentals $815.00 (of my money). Defendant ABC Rentals charged an excessive fee of $500.00 to tow "The Subject Vehicle" less than five (5) miles and for three (3) months of storage at the rate of $125.00 per month. The excessive rate of $500.00 violates Vehicle Code § 22669 (A) and Bus. & Prof. Code § 17200 because the City of Fairfield and CHP's tow & storage fee schedule agreement with local towing companies is a minimum of $175.00 per hour and it would have only taken thirty (30) minutes, if that, to tow "The Subject Vehicle" from its location.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 6 of _____

*(Add pages as required)*

**ATTACHMENT**
to Judicial Council Form

www.courtinfo.ca.gov

MC-025

SHORT TITLE: _____

CASE NUMBER: ESC06236

ATTACHMENT (Number): 3(a)

*(This Attachment may be used with any Judicial Council form.)*

"The Subject Vehicle" was no longer habitable from all the damage caused by vandalism. It was left with defendant ABC Rentals, I was behind on the rent but in good faith I still gave defendant ABC Rentals whatever I could until on or about November 5, 2017, I paid the total amount of an excessive $325.00 off my Comerica Bank Visa Express Mastercard. I reallege and incorporate by reference the affidavit in support of the Request to Amend Party Name Before Hearing with the Notice of Pending Lien Sale attached in Court's file.

In the beginning of December, 2017, "The Subject Vehicle" was wrongfully evicted and I suffered a constructive eviction. After the eviction defendant ABC Rentals billed the excessive rate of $1.00 per day when the rent was only $125.00 per month. Again, ABC Rentals are liable for the excessive storage rate pursuant to the provisions of Veh. Code § 22658(M) in violation of Bus. & Prof. Code § 17200 and for the constructive eviction.

After the constructive eviction and lien, there was a conversion of the Subject Vehicle in violation of Civil Code § 3336 when I had rightful dominion of it.

I received the "Notice of Pending Lien Sale" from my mailing address through a "delayed discovery." I appeared the lien with an affidavit explaining the frauds of defendant ABC Rentals and my opposition was denied. Defendant Department of Motor Vehicles accepted false paperwork and converted "the Subject Vehicle" to ABC Rentals when I had rightful dominion. I filed the attached Government Claim on March 12, 2018. (Exhibit "B") I never heard any response to the Government Claim by the laws of tacit procuration. My claim was agreed, admitted and stipulated to. For the conversion, defendant Department of Motor Vehicles also violated Civil Code § 3336.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 7 of ___

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
to Judicial Council Form

www.courtinfo.ca.gov

MC-025

SHORT TITLE:

CASE NUMBER: FSC062310

ATTACHMENT (Number): 3(c)

*(This Attachment may be used with any Judicial Council form.)*

according to proof. 2. Special damages according to proof, and 3. interests according to law.

Defendant ABC Rentals: 1. general damages according to proof 2. Special damages according to proof 3. Punitive damages Pursuant to the Statutory amount of Veh. Code § 22658(N). 4. Prejudgment interest at the rate of the value of converted property Pursuant to Civ. Code § 3336 5. any other and further relief Court deems proper and Just.

Defendant Department of Motor Vehicles. a Prejudgment at the legal rate of $1,500.00 for the value of converted property Pursuant to Civ. Code § 3336.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 8 of _____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

**SC-100A**    **Other Plaintiffs or Defendants**

Case Number: FSC06231()

☑ This form is attached to form SC-100, item 1 or 2.

**1) If more than two plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____

Street address: _____ Phone: _____

City: _____ State: _____ Zip: _____

Mailing address *(if different)*: _____

City: _____ State: _____ Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach form SC-103.*

Other plaintiff's name: _____

Street address: _____ Phone: _____

City: _____ State: _____ Zip: _____

Mailing address *(if different)*: _____

City: _____ State: _____ Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach form SC-103.*

☐ *Check here if more than 4 plaintiffs and fill out and attach another form SC-100A.*

**2) If more than one defendant (person, business, or entity being sued), list their information below:**

Other defendant's name: Department of Motor Vehicles

Street address: 2415 1st Avenue, Mail Station F101   Phone: (916) 657-7617

City: Sacramento   State: CA   Zip: 95818

Mailing address *(if different)*: _____

City: _____ State: _____ Zip: _____

*If this defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process:*

Name: Jean Shiomoto   Job title, if known: Director of Motor Vehicles

Address: 2415 1st Avenue, Mail Station F101

City: Sacramento   State: CA   Zip: 95818

☑ *Check here if your case is against more than two defendants, and fill out and attach another form SC-100A.*

**3) Is your claim for more than $2,500?** ☑ Yes ☐ No

*If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.*

**4) I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: 10-15-2019

Joshua Neil Harrell
Type or print your name

▶ *Joshua Neil Harrell*
       *Sign your name*

Date: 10-15-2019

Joshua Neil Harrell
Type or print your name

▶ *Joshua Neil Harrell*
       *Sign your name*

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2017, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.

**Other Plaintiffs or Defendants**
**(Attachment to Plaintiff's Claim and ORDER**
**to Go to Small Claims Court)**

SC-100A, Page 9 of __

For your protection and privacy, please press the Clear

**SC-100A**   **Other Plaintiffs or Defendants**

Case Number: FSC063310

☑ This form is attached to Form SC-100, item 1 or 2.

**(1)** **If more than 2 plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____

Street address: _____ Phone: (_____) _____

City: _____ State: _____ Zip: _____

Mailing address *(if different)*: _____

City: _____ State: _____ Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☐ Yes  ☐ No  *If yes, attach Form SC-103.*

Other plaintiff's name: _____

Street address: _____ Phone: (_____) _____

City: _____ State: _____ Zip: _____

Mailing address *(if different)*: _____

City: _____ State: _____ Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☐ Yes  ☐ No  *If yes, attach Form SC-103.*

☐ *Check here if more than 4 plaintiffs and fill out and attach another Form SC-100A.*

**(2)** **If more than 2 defendants (person, business, or entity being sued), list their information below:**

Other defendant's name: County of Solano

Street address: 675 Texas Street, Suite 6500  Phone: (925) 349-3916

City: Fairfield  State: CA  Zip: 94533

Mailing address *(if different)*: _____

City: _____ State: _____ Zip: _____

Other defendant's name: Jarad G. Mellis

Street address: 530 Union Avenue, Ste. 100  Phone: (925) 349-3916

City: Fairfield  State: CA  Zip: 94533

Mailing address *(if different)*: _____

City: _____ State: _____ Zip: _____

☑ *Check here if more than 4 defendants and fill out and attach another Form SC-100A.*

**(3)** **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**(4)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: 10-15-2018   Joshua Neil Harrell                  ▶ _____
                    *Type or print your name*            *Sign your name*

Date: 10-15-2018   Joshua Neil Harrell                  ▶ _____
                    *Type or print your name*            *Sign your name*

Judicial Council of California, *www.courtinfo.ca.gov*
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.
**Other Plaintiffs or Defendants**
(Attachment to Plaintiff's Claim and ORDER to Go to Small Claims Court)
SC-100A, Page 1 of ___

American LegalNet, Inc.
www.FormsWorkflow.com

| **SC-100A** | **Other Plaintiffs or Defendants** | Case Number: FSC062316 |

☑ This form is attached to Form SC-100, item 1 or 2.

**(1) If more than 2 plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _Retail Predator_ J.H.
Street address: _520 Union Avenue, Suite 100_ Phone: (925) 349-3916
City: _Fairfield_ State: _CA_ Zip: _94533_
Mailing address *(if different):* _____
City: _____ State: _____ Zip: _____
*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach Form SC-103.*

Other plaintiff's name: _ABC Rentals_ J.H.
Street address: _1439 West Texas Street_ Phone: (707) 759-4005
City: _Fairfield_ State: _CA_ Zip: _94533_
Mailing address *(if different):* _____
City: _____ State: _____ Zip: _____
*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach Form SC-103.*

☐ *Check here if more than 4 plaintiffs and fill out and attach another Form SC-100A.*

**(2) If more than 2 defendants (person, business, or entity being sued), list their information below:**

Other defendant's name: _Retail Predator_
Street address: _520 Union Avenue, Suite 100_ Phone: (925) 349-3916
City: _Fairfield_ State: _CA_ Zip: _94533_
Mailing address *(if different):* _____
City: _____ State: _____ Zip: _____

Other defendant's name: _ABC Rentals, William A. Brew_
Street address: _1439 West Texas Street_ Phone: (707) 759-4005
City: _Fairfield_ State: _CA_ Zip: _94533_
Mailing address *(if different):* _____
City: _____ State: _____ Zip: _____

☐ *Check here if more than 4 defendants and fill out and attach another Form SC-100A.*

**(3) I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**(4) I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.**

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: _10-15-2019_ _Joshua Neil Harrell_ ▶ _[signature]_
    *Type or print your name*     *Sign your name*

Date: _10-15-2019_ _Joshua Neil Harrell_ ▶ _[signature]_
    *Type or print your name*     *Sign your name*

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.
**Other Plaintiffs or Defendants**
**(Attachment to Plaintiff's Claim and ORDER to Go to Small Claims Court)**
SC-100A, Page ___ of ___

American LegalNet, Inc.
www.FormsWorkflow.com

Exhibit "B"

Case 2:18-cv-00729-TLN-EFB   Document 1   Filed 04/02/18   Page 84 of 123

Government Claims Program

## GOVERNMENT TORT CLAIM FORM

MAR 1 2 2018

**RECEIVED**

(PLEASE TYPE OR PRINT ALL INFORMATION REQUESTED)

CLAIM AGAINST _Jean Shiomoto, Dept. of Motor Vehicles_ (NAME OF PUBLIC ENTITY).

1. CLAIMANT'S NAME: _Joshua Neil Harrell_

2. CLAIMANT'S MAILING ADDRESS: _2480 Clayden K Road_
(ADDRESS)

_Fairfield_ (CITY)  _CA_ (STATE)  _94533_ (ZIP CODE)

3. AMOUNT OF CLAIM: $ _5,00.00_

IF THE AMOUNT CLAIMED EXCEEDS TEN THOUSAND DOLLARS ($10,000), THE AMOUNT OF THE CLAIM SHOULD BE UNSPECIFIED AND CLAIMANT SHOULD INDICATE THE TYPE OF CIVIL CASE:

☑ LIMITED CIVIL CASE ($25,000 OR LESS)

☐ NON-LIMITED CIVIL CASE (OVER $25,000)

4. ITEMIZATION OF CLAIM: (How was the amount claimed above computed; list items totaling amount set forth above, including damages for pain and suffering, if applicable). IF YOU HAVE SUPPORTING DOCUMENTATION FOR THE AMOUNT CLAIMED (BILLS, RECEIPTS, ETC.), PLEASE ATTACH THREE (3) COPIES TO THIS CLAIM.

| ITEM | DOLLAR AMOUNT |
|---|---|
| 1989 Cdln. Fifth Wheel Trailer CA License # 1DH4820 | $ 5,000.00 |
| | |
| | |
| | |
| | |
| | |

(CONTINUE ITEMIZATION ON SEPARATE SHEET, IF NECESSARY)

5. ADDRESS TO WHICH NOTICES ARE
   TO BE SENT IF DIFFERENT FROM
   LINES 1 AND 2:

_____
(NAME)

_____
(STREET OR P.O. BOX NUMBER)

_____
(CITY)     (STATE)     (ZIP CODE)

6. DATE & TIME OF ACCIDENT OR LOSS: March 5, 2018

7. LOCATION OF ACCIDENT OR LOSS (INCLUDE CITY, COUNTY, AND STREET ADDRESS, INTERSECTION, ROAD NUMBERS OR MILE MARKER):
State of California, Lien Sales Section, Department of Motor Vehicles, P.O. Box 932317, Sacramento, CA 94232-3170

8. HOW DID THE ALLEGED ACCIDENT OR LOSS OCCUR? STATE ALL FACTS WHICH SUPPORT YOUR CLAIM AGAINST THE PUBLIC ENTITY:
Department of Motor Vehicles accepted false paperwork that is fraudulent and converted my 1989 Chid Fifth Wheel Trailer CA License # 1DH4896 / VIN: 1C93D292.5KA-177186 to ABC Rentals.

(CONTINUE ON SEPARATE SHEET, IF NECESSARY)

9. DESCRIBE INJURY / DAMAGE / LOSS: personal property losses

(CONTINUE ON SEPARATE SHEET, IF NECESSARY)

10. NAME OF PUBLIC EMPLOYEE (S) CAUSING INJURY / DAMAGE / LOSS, IF KNOWN: Jean Shiomoto, Director of Motor Vehicle, Department of Motor Vehicles

11. SIGNATURE OF CLAIMANT OR ATTORNEY/REPRESENTATIVE:
X _Joshua Neil Harsh_          DATED: 3-5-2018

12. DAYTIME TELEPHONE NUMBERS (PLEASE INCLUDE AREA CODE)
    CLAIMANT                          ATTORNEY/REPRESENTATIVE
    (    )                            (    )

NOTICE

SECTION 72 OF THE PENAL CODE PROVIDES:

"EVERY PERSON WHO, WITH INTENT TO DEFRAUD, PRESENTS FOR ALLOWANCE OR FOR PAYMENT TO ANY STATE BOARD OR OFFICER, OR TO ANY COUNTY, CITY, OR DISTRICT BOARD OR OFFICER, AUTHORIZED TO ALLOW OR PAY THE SAME IF GENUINE, ANY FALSE OR FRAUDULENT CLAIM, BILL, ACCOUNT, VOUCHER, OR WRITING," IS GUILTY OF EITHER A MISDEMEANOR OR FELONY AND MAY BE SUBJECT TO IMPRISONMENT AND/OR A FINE.

Case 2:18-cv-00729-TLN-EFB    Document 1    Filed 04/02/18    Page 45 of 51

STATE OF CALIFORNIA - DEPARTMENT OF GENERAL SERVICES
Government Claim Form
DGS ORIM 06 (Rev. 05/2016)

Government Claims Program
Office of Risk and Insurance Management
Department of General Services
P.O. Box 989052, MS 414
West Sacramento, CA 95798-9052

For Office Use Only

1-800-955-0045 ▪ www.dgs.ca.gov/orim/Programs/GovernmentClaims.aspx

[Clear Form]  [Print Form]

## Is your claim complete?

| | |
|---|---|
| ☐ | Include a check or money order for $25 payable to the State of California. |
| ☐ | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| ☐ | Attach copies of any documentation that supports your claim. Please do not submit originals. |

## Claimant Information Use name of business or entity if claimant is not an individual

| 1 | Hassell              Joshua          N | 2 | Tel: |
|---|---|---|---|
| | Last name          First Name        MI | 3 | Email: |
| 4 | 2980 Claybank Road          Fairfield          CA   94533 | | |
| | Mailing Address                City          State   Zip | | |
| 5 | Inmate or patient number, if applicable: 19437 | | |
| 6 | Is the claimant under 18?          If Yes, please give date of birth: | | |
| 7 | No | | |
| | If you are an insurance company claiming subrogation, please provide your insured's name in section 7. | | |
| 8 | N/A | | |
| | If your claim relates to another claim or claimant, please provide the claim number or claimant's name in section 8. | | |

## Attorney or Representative Information

| 9 | Hassell              Joshua          N. | 10 | Tel: |
|---|---|---|---|
| | Last name          First Name        MI | 11 | Email: |
| 12 | 2980 Claybank Road          Fairfield          CA   94533 | | |
| | Mailing Address                City          State   Zip | | |
| 13 | Relationship to claimant:   Self | | |

## Claim Information   Please add attachments as necessary

| 14 | Is your claim for a stale-dated warrant (uncashed check)?   ○ Yes  ⦿ No    If No, skip to Step 15. |
|---|---|
| | State agency that issued the warrant: |
| | Dollar amount of warrant:                    | Date of issue:  MM/DD/YYYY |
| 15 | Date of incident: March 5, 2016 |
| | Was the incident more than six months ago?                    ○ Yes  ⦿ No |
| | If YES, did you attach a separate sheet with an explanation for the late filing?   ○ Yes  ○ No |
| 16 | State agencies or employees against whom this claim is filed: Department of Motor Vehicles; Lien Sales Section, Jean Shiomoto, Director of Motor Vehicles, |
| 17 | Dollar amount of claim: $5,000.00 |
| | If the amount is more than $10,000, indicate the type of civil case:   ○ Limited civil case ($25,000 or less)   ○ Non-limited civil case (over $25,000) |
| | Explain how you calculated the amount: Declaratory and Injunctive Relief, in the alternative costs for conversion of my 1989 Colin Fifth Wheel Trailer CA License # 1DH4830 VIN: 1C9JL2925KA177186 |

| 18 | Location of the incident: Lien Sales Section. Department of Motor Vehicles. PO. Box 932317, Sacramento, CA 94232-3170 |
|----|----|
| 19 | Describe the specific damage or injury: Department of Motor Vehicles accepted fraudulent & false paperwork converting my 1989 Colin Fifth Wheel Trailer to ABC Rentals. |
| 20 | Explain the circumstances that led to the damage or injury: Emotional distress and extreme mental anguish. |
| 21 | Explain why you believe the state is responsible for the damage or injury: State of California Department of Motor Vehicles are responsible. |

| 22 | Does the claim involve a state vehicle? | | O Yes | Ø No |
|----|----|----|----|----|
| | If YES, provide the vehicle license number, if known: | | | |

**Auto Insurance Information**

| 23 | National General Assurance | | | |
|----|----|----|----|----|
| | *Name of Insurance Carrier* | | | |
| | P.O. Box 1615 | Wikinston-Salem | NC | 27102-1615 |
| | *Mailing Address* | *City* | *State* | *Zip* |
| | Policy Number: 7004707155 | | Tel: 112 912-4421 | |
| | Are you the registered owner of the vehicle? | | Ø Yes | O No |
| | If NO, state name of owner: | | | |
| | Has a claim been filed with your insurance carrier, or will it be filed? | | O Yes | Ø No |
| | Have you received any payment for this damage or injury? | | O Yes | Ø No |
| | If yes, what amount did you receive: | | | |
| | Amount of deductible, if any: | | | |
| | Claimant's Drivers License Number: D1114010 | Vehicle License Number: 1114810 | | |
| | Make of Vehicle: Colin Fifth Wheel | Model: Colin | Year: 1989 | |
| | Vehicle ID Number: TC93C3915KA177186 | | | |

**Notice and Signature**

| 24 | I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72). |
|----|----|
| | Signature of Claimant or Representative     Printed Name: Joshua Neil Hartell     Date: March 5, 2018 |
| 25 | Mail this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 989052, MS 414, West Sacramento, CA 95798-9052. Forms can also be delivered to the Office of Risk and Insurance Management, 707 3rd street, 1st Floor ORIM, West Sacramento, CA 95605. |

1  Joshua Neil Harrell, #194137        March 5, 2018

2  Stanton Solano County Jail

3  2450 Clayback Road

4  Fairfield, CA 94533

5  In Propria Persona

6

7  c/o Lien Sale Section                    Affidavit Of Truth

8  Department Of Motor Vehicles

9

10  P.O. Box 931317

11  Sacramento, CA 94232-3710

12  Re: Rescinded And Rejected Transfer Of Title In Full

13  Accord With The Truth-in-Lending Act 15 U.S.C.A § 1635(a)

14

15  Attn: Lien Sales,

16

17

18  I, Joshua Neil Harrell, a living breathing man, being first duly

19  sworn, depose, say and declare by my signature that the following

20  are true and correct based on information and my belief:

21

22  1. I have dominion of 1989 Collins Fifth Wheel Trailer CA License# 1DK4826

23  VIN: 1C9L2925KA177186, rightfully her key. I have personal knowledge

24  and am competent to state the matters set forth herein;

25

26  2. There has been a fraudulent transfer of this vehicle.

27

28  3. On or about March 5, 2018, I received the attached hereto

Notice of Invalid Deviation of Opposition.

4. I am rescinding and rejecting the transfer of this vehicle in full accord with the Truth-in-Lending Act. 15 USCA & 1635 (a) and refusing said document.

WHEREFORE the vehicle owner prays that the DMV be restrained from transferring the title.

Further Affiant Saith Not

By: _____
Joshua Neil Harrell

Verification

I, Joshua Neil Harrell, the affiant herein, declare under penalty of perjury that these statements are true, correct and certain. Executed under penalty of perjury at SOLANO COUNTY, California on the 2th day of March 2018.

By: _____
Joshua Neil Harrell

CALIFORNIA STATE TRANSPORTATION AGENCY                                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF MOTOR VEHICLES**
Lien Sale Section
P. O. Box 932317
Sacramento, CA  94232-3170
(916) 657-7617

MARCH    02, 2018



JOSHUA NEIL HARRELL
2450 CLAYBANK ROAD                              ABC RENTALS
FAIRFIELD          CA   94533
                                                                          Lienholder

Vehicle Information

License #: 1D04520

Make:   CHRY

VIN #:   1C03L2925KA177180

Your Declaration of Opposition is invalid. The reasons are shown below.

If you wish to inquire regarding the disposition of your vehicle or vessel, you should contact the lienholder shown above immediately.

To withhold the transfer of this vehicle or vessel, you must provide the department with either a restraining order issued by a California or United States Court, or request from a law enforcement agency.

If a restraining order is furnished, it must be served upon the Director of Motor Vehicles or the department's legal counsel in Sacramento and must be accompanied by a copy of the complaint or petition. The restraining order must specifically restrain the Department of Motor Vehicles from transferring this vehicle or vessel.

### Your Declaration of Opposition is invalid for the following reason(s):

ACCORDING TO CALIFORNIA CIVIL CODE SECTIONS 3071(C)(3) AND
3072(C)(3), THE DECLARATION OF OPPOSITION MUST BE SIGNED
AND RETURNED WITHIN TEN(10) DAYS AFTER THE DATE ON WHICH
THE NOTICE WAS MAILED. YOUR OPPOSITION WAS NOT POSTMARKED
WITHIN THIS TIME FRAME.

JCG
U/0-7
LSE

PROOF OF Service By US Mail

I, Joshua Neil Harrell, the claimant herein, am over the age of eighteen (18) years and a resident of SOLANO COUNTY, California I hereby certify that on March 6th, 2018, I served the attached Government Claim on the following Person(s) hereinafter listed.

Jean Shiomoto, Director of Motor Vehicles
Department of Motor Vehicles
2415 1st Ave., Mail Station F101
Sacramento, CA 95818

Government Claims Program
Office of Risk and Insurance Management
Department of General Services
P.O. Box 989052, MS 414
West Sacramento, CA 95798-9052

By placing a copy of said documents in an addressed envelope in the presence of an Officer, whom then placed in the Solano County Jail's Internal mailing system to be delivered United States Mail.

Date: March 6th, 2018

By: Joshua Neil Harrell
Joshua Neil Harrell
Claimant

Joshua Neil Harrell #19437
Solano County Jail
500 Union Avenue
Fairfield, CA 94533
In Propria Persona

FILED
Clerk of the Superior Court

OCT 2 2 2018

By _____
DEPUTY CLERK

Superior Court of California
County of Solano

JOSHUA NEIL HARRELL,
    Plaintiff,

v

Solano County Sheriff's Office, et.al.,
    Defendants.

No. ESC062310

Memorandum of Points and
Authorities In Support of Motion
For Leave Filing [Proposed] Amended
Small Claim

Pro se Plaintiff Joshua Neil Harrell respectfully submits the following memorandum of points and authorities in support of this motion for leave filing the attached [Proposed] Amended Small Claim:

## Introduction

Comes Now before this Court is my motion for leave filing the attached [Proposed] Amended Small Claim that better clarifies the pleadings according to law and dropping defendant National General General Insurance and adding defendant Dept of Motor Vehicles.

The Public entity defendants have stipulated and agreed to allow me

1 of 10

1  to amend the Small Claim (via tacit recreation) and because I voluntarily
2  dismissed the related District Court action. In the furtherance of justice,
3  my amended Small Claim should be granted and act as a summary
4  judgement against the defendants.

6  Statement of Facts of the Case

8  On April 6 2017, I was in my 1989 Collins Fifth Wheel trailer (hereinafter
9  "The Subject Vehicle") that was parked in the roadway on Flamingo Street
10 in Fairfield, CA. There was a knock at my door announcing themselves
11 as "Solano County Sheriff's Office."
12 Defendant deputy Jacob G. McNeil teamed up with defendant deputy
13 Daly Shebeler came with an active PRCS warrant for my arrest (Exhibit A)
14 Defendants "McNeil" and "Shebeler" failed to follow statutes of the
15 California Vehicle Codes to remove The Subject Vehicle to the nearest
16 storage facility for safekeeping. For the public entity defendants failure
17 to follow the "Community Caretaking Doctrine," I suffered an "Injury"
18 (Cal. Code § 810.8)
19 Further, I have been treated with deliberate indifference by the
20 defendant "County of Solano" beginning when I was an inmate of
21 the "Solano County Jail," by two separate occasions when I tried
22 to get help from the custodial officers whom just shrugging their
23 shoulders stating "there is nothing we can do" and by my County Jail
24 and contracts related to them. The respective Public entity defendants
25 also breached my Contracts served upon them. (I received and incorporate
26 by reference the Contracts attached to the original Small Claim, to wit;
27 1. Notice of Claim and Affidavit of PROOF of Claim. 2. Notice of Fault
28 and Opportunity to Cure and Affidavit of Negative Averment. 3. Notice of

2.5.10

Rescinded Rejection of Claim 4. Res Judicata Affidavit of Default.

As to defendant ABC Rentals, my mother paid them $875.00, of my money, to tow "The Subject Vehicle" less than five miles at the excessive rate of $500.00 and three months storage at the rate of $125.00 per month. "The Subject Vehicle" stolen and completely stripped of all of my personal property, was severely damaged to the point it was no longer habitable. It remained stored at ABC Rentals.

I was behind on the rent for the storage at ABC Rentals until on or about November 5th 2017 I paid the entire amount of arrearage $325.00 with my Comerica Bank Direct Express Mastercard.

In the beginning of December, I suffered a constructive eviction and a fraudulent lien that was placed on "The Subject Vehicle" with the excessive rate of $70.00 per day when the rent was only $125.00 per month, that led to a conversion of "The Subject Vehicle," I rightfully had dominion of. (I reallege and incorporate as reference the "Notice of Pending Lien Sale" attached to the affidavit in support of the Request to Amend Parties Name in Courts File.)

As to defendant Department of Motor Vehicles, by and through "delayed discovery," I received the "Notice of Pending Lien Sale" that was forwarded to me from my mailing address. I attempted to oppose the Pending Lien Sale by affidavit the frauds of defendant ABC Rentals, my "delayed discovery," and why there should not have been a lien on "The Subject Vehicle." Defendant ABC Rentals wrongfully pursued my opposition and still converted "The Subject Vehicle" to ABC Rentals.

3 of 10

Argument

1. The Public Entity Defendants Are Liable By A Breach Of Duty

Upon my arrest, with the PRCS warrant, defendants Solano County Sheriff's Office, deputy Jacob G. McNeil and deputy David Shelcher failed to follow statutes of the Vehicle Codes §§ 22651(h), 22659(b), and the "Community Caretaking Doctrine." See e.g. People v. Williams (App. 2 Dist 2006) 52 Cal. Rptr. 3d 162, 145 Cal. App. 4th 756, (where impoundment of a vehicle is warranted under the community caretaking doctrine depending on the location of the vehicle and the Officer's duty to prevent it from creating a hazard by being a target for vandalism and theft (Ibid.)

The area where the defendant deputies left "The Silver Vehicle" near San Marco Street, by the park, was desperately a hazardous area for theft and vandalism. They should have followed the "Community Caretaking doctrine" to provide for the safekeeping of vehicles and the property they may contain." Id. People v. Shafrir (App. 1 Dist. 2010) 107 Cal. Rptr. 3d 721, 183 Cal. App. 4th 1238. I suffered injuries because they did not tow it.

This is a different kind of case; There are some cases where a plaintiff's due process rights were violated when a vehicle was towed, but in this case I suffered injuries and losses because the defendants did Not Tow it. (Gov. Code, §810.8) Defendants Violated by Breach of Duty.

Standard of Review:

To plead a cause of action for negligence the plaintiff should set

4 of 10

forth particular facts describing either an omission or on affirmative act, which, as a matter of substantive law, amount to the breach of a legal duty of care [4 Witkin, California Proc (3d ed), Pleadings 2 555] In cases in which the alleged breach of duty involves violations of statutes (Vehicle Code §§ 22651 (WH), 22676(b)) i.e., it is not necessary to allege the statute is the alleged cause of action is negligence of the defendant, rather than a violation of the statute, and the statutes are merely evidence of need to show the defendants negligence. Evid. Code 669(a) e.g. Michael R. v. Jeffrey B., 158 Cal. App. 3d 1059, 205 Cal. Rptr. 312 (2d Dist. 1984)

Under the color of law, the Public entity defendants have violated my civil rights without process. e.g. Karim-Panahi v. Los Angeles Police Dept., 839 F.2d 621, 624 (9th Cir. 1988)

For these reasons, this action initiated by defendants Breach of Duty.

2. The Public Entity Defendants Have No Immunity And Are Liable Under The California Government Claims Act.

Under the California Government Claims Act, state and local Public entities may be held liable for injuries caused by the acts or omissions of their employees acting within the scope of their employment (Gov. Code § 815.2)

A Public entity may also be liable under the California Government Claims Act for intentional torts of elected officials employed by or representing the Public entity, if both the elected officials employed or or representing the Public entity, if both the elected official and the Public entity are named as co-defendants in the same action

5 of 10

(Gov Code, § 815.3(a)) State and local Public entities are also liable for injuries caused by a dangerous condition on Public Property (Gov. Code, § 835)

Furthermore, an employee of a Public entity may be liable for acts or omissions that cause injury, Providing the acts or omissions are within the scope of the employees employment (Gov. Code, § 820) A Public employee may also be held liable for injuries resulting from dangerous conditions of Public Property (Gov. Code, §§ 840 to 840.6) "Injury" includes Personal injury, Property damage or loss, or any other injury one may suffer to Person, reputation character, feelings, or estate that would be actionable if inflicted by a Private Person (Gov. Code, § 810.8)

For these reasons, the Public entity defendants do no have immunity and are liable under the Government Codes.

3. ABC Rentals Has Repeatedly Violated The Unfair Competition Act

(I.) Defendant ABC Rentals charged my mother $875.00 (5 my money) to tow "The Subject Vehicle" less than five miles at the excessive rate of $500.00 and to store it for three months at the rate of $125.00 Per month.

It would have taken defendant ABC Rentals a half of an hour, if that, to tow "The Subject Vehicle" from its location to the storage facility. The rate of $500.00 was extremely excessive Violating Veh Code, § 22658(i)(1)

The City of Fairfield Tow & Storage Fee schedule agreement with local tow truck companies, as well as CHP's, show maximum rates of $175.00 Per hour and it would have only taken defendant ABC

6 of 10

Rentals a half hour therefore the amount $500.00 was extremely excessive in violation of Veh. Code § 22658(i)(1); Bus & Prof Code § 17200; e.g. People ex rel. Renne v. Servantes, 86 Cal. App. 4th 1081 (2001).

(II.) I became behind on the rent for "The Subject Vehicle" but in Good Faith I made payments with whatever I could until I catch up on amount due. On or about November 5th 2017, I paid defendant ABC Rentals the total amount of arrearage $325.00 with my ComericA Bank Direct Express Mastercard. Then, in the beginning of December 2017, less than a month when the total amount of arrearage was paid defendant ABC Rentals wrongfully evicted "The Subject Vehicle" without process, I suffered a constructive eviction. Civ. Code § 3300; e.g. Guntert v. Stockton, (1976 3rd Dist) 55 Cal. App. 3d 131, 126 Cal. Rptr. 690, 127 Cal. Rptr. 602

(III.) After the constructive eviction, ABC Rentals charged an excessive rate of $70.00 per day when my rent was only $125.00 per month. (See the "Notice of Pending Lien Sale" attached to the affidavit supporting the Request To Amend Party Name Before Hearing in Court's File) The amount $70.00 per day is extremely excessive again violating Veh. Code § 22658(i)(1); and Bus. & Prof. Code § 17200

(IV.) After the lien was placed on "The Subject Vehicle," at the excessive rate, there was a conversion, when I rightfully had dominion of it. Civ. Code § 3336, e.g. Eidstrom v. De La Cantera (1953) 117 Cal. App. 117 Cal. App. 2d 50, 255 P2d 70. (by a conversion of Personal Property)

All these incidents, (as well as some other ones not mentioned) with

7 8 10

1    defendant ABC Rentals have had the cumulative effect. See e.g.
2    U.S. v. Rivera 800 F.2d 1462 (10th Cir. 1990) that have amounted
3    to a violation of my Due Process Rights Cal. Const Art 1, § 7, as well
4    as the Unfair Competition Act. Bus & Prof. Code, § 17200.

6    4. Defendant Department Of Motor Vehicles Has Accepted False Paperwork
7    And Converted "The Subject Vehicle" To Defendant ABC Rentals

9    By and through a "delayed discovery", I received the Notice of Pending
10   Lien Sale From my mailing address. (See the Notice of Pending
11   Lien Sale attached to the affidavit in support of the Request To
12   Amend Party Name in Courts File)
13   I attempted to appose the pending lien sale in an affidavit explaining
14   the frauds of defendant ABC Rentals but defendant Department of
15   Motor Vehicles still denied my opposition and converted "The Subject
16   Vehicle" to ABC Rentals (Exhibit "B") Civ. Code § 3336, e.g. Farmers
17   Ins. Exchange v. Zerin, 53 Cal. App. 4th 445, 451, 61 Cal. Rptr. 2d 707
18   (3d Dist 1997)
19   For this conversion of "The Subject Vehicle", I should be granted
20   declatory and injunctive relief restraining the transfer of title
21   (or) in the alternative relief under the provisions of Civ. Code § 3336.

23   5. The Proposed Amended Small Claim Should Be Granted By Law

25   (I) In my operative Small Claim, I wasn't very clear with exactly
26   why my causes of action were as to each defendant. With
27   the attached amendment, I have clarified my pleadings and an
28   amendment should be allowed for this reason. See e.g. U.S. v.

Posner, 405 F. Supp. 934 (D. Md. 1975).

(I.) I have dropped the defendant National General Assurance and I am adding defendant Department of Motor Vehicles. Since the adding party defendant Department of Motor Vehicles has never been served a copy of my Small Claim, and/or responded to it, leave from the Court not necessary. See e.g. De Malherbe v. International Union of Elevator Constructors, 438 F. Supp. 1121, 25 Fed. R. Serv. 2d 35 (N.D. Cal 1977); City Bank v. Glen Const. Corp., 68 F.R.D. 511, 31 ALR. Fed 749 (D. Haw. 1975)

(II) The public entity defendants have agreed to the terms of my stipulation to amend the Small Claim (via tacit procuration). This practice requires a noticed motion and a hearing unnecessary (15 within California Procedure (4th ed.) Pleading § 1114) See e.g. Del Pino v. Gualtieri, 265 Cal. App. 2d 912, 71 Cal. Rptr. 716 (1st Dist 1968)

For all these reasons, I have the right to amend, my Small Claim by law, and this motion for leave should be granted.

6. My Rights To Due Process Of My Small Claim Has Been Violated Long Ago

California law provides that vehicle owners can have "a civil remedy sounding in negligence for negligent erroneous interference with their property by either (1) a regular court action for recovery of the vehicle. Cf. C.I.T. Corp. v. Baltimore Garage, 3 Cal. App. 2d 757. 36 P.2d 247 (1934) or damages for conversion Cf. Brown v.

9 & 10

J.E. French Co., 253 Cal. App. 2d Supp. 1079, 60 Cal. Rptr. 646 (1967), or recovery of the fees the owner already paid, or (2) a Small Claim action. See e.g. Adams v. Dept. of Motor Vehicles, 11 Cal. 3d 146, 156, 113 Cal. Rptr. 145, 520 P.2d 961 (1974); CCP § 116.2 (West Supp. 1977). A regular court action would entail considerable delay. Even a Small Claim court action is generally heard no earlier than ten (10) no later than Forty (40) days from the filing of the Small Claim. CCP § 116.4 (West Supp. 1977)

It will be over eight (8) months since the operative Small Claim has been filed and it should have been heard no later than Forty (40) days and this has violated my rights to Due Process Cal Const Art. 1 § 7; USCA Const Amend. 14

## Conclusion

This motion for leave to amend the attached Small Claim shall act as a motion for summary judgement and the attached Proposed amended Small Claim should be granted in the furtherance of justice.

October 10, 2018

Without Prejudice,

By: _____

Joshua Neil Harrell
"Sir Bathwaters" eighth great grandson
Francis Harrell's seventh great grandson
In Pro Se

10 5:10

1  Joshua Neil Harrell, #194137

2  Solano County Jail

3  500 Union Avenue

4  Fairfield, CA 94533

5  In Propria Persona

F I L E D

Clerk of the Superior Court

OCT 2 2 2018

By _____
DEPUTY CLERK

6

7  Superior Court of California

8  County of Solano

9

10  JOSHUA NEIL HARRELL,                    No. FSC06 2310

11  Plaintiff,

12

13  V                                       Affidavit In Support Of Motion

14                                          For Leave Amending Small

15  Solano County Sheriffs Office, et al.,  Claim and Summary Judgment

16  Defendants.

17

18  I, Joshua Neil Harrell, a living breathing man, being first duly sworn, depose,

19  say, and declare by my signature that the following facts are true,

20  correct, and certain

21

22  1. I am the Pro se Plaintiff in this above-entitled action

23

24  2. I have personal knowledge and am competent to state the matters set forth

25  herein;

26

27  3. This action is brought for the purpose of summary judgment against

28  the defendants and amending my Small Claim to better clarify my

1 of 3

pleadings, also because I have dropped defendant National General Assurance and am adding defendant Department of Motor Vehicles. Since there will be no genuine issues of material facts by the defendants, summary judgment should be granted.

4. This Small Claim action commenced on February 20, 2018, and to this date has not been heard violating CCP § 116.4, Cal. Const Art, 1 § 7. and the "Due Process Clause" of the Fourteenth Amendment to the United States Constitution.

5. The Court has calendar an evidentiary hearing on October 16, 2018, in Department 8 in front of the Honorable Wendy G. Getto at which time make a decision on amending the Small Claim.

6. On October 9, 2018, I received a "Notice of Changed Hearing Date" where a clerk is practicing law Mara Fields by making this change of hearing date in violation of Gov. Code § 68082 that prohibits the practice of law by the Court clerks. This is an "abuse of process" in violation of the "Equal Protection Clause" of the Fourteenth Amendment to the United States Constitution.

7. This motion shall act as a motion for summary judgment against the defendants because there will be no genuine issues of material facts in dispute of this motion. The specification of the proposed amendment better clarifies my causes of action as to each defendant. The public entity defendants inflicted this action by a Breach of Duty that later themselves into deliberate indifference to my claims and breach of my contracts. Defendant ABC Rentals have repeatedly violated

2 of 3

The Unfair Competition Act threw excessive fines, a wrongful eviction, fraud and a conversion of my personal property. Defendant Department of Motor Vehicles have accepted false paperwork and converted "The Subject Vehicle" I rightfully had dominion of.

B. The facts clarifying the pleadings in my complaint have only recently came to my knowledge after hundreds of hours of research and studies in these subjects. This motion shall act as summary judgment.

Further Affiant Sayth Not

Done this 10th day of October 2018

By: _____

Joshua Neil Harrell
In Pro se

Verification

I, Joshua Neil Harrell, the pro se plaintiff, declare under penalty of perjury that these statements are true, correct, and certain. Executed under penalty of perjury at Solano County, California on the 10th day of October 2018.

By: _____

Joshua Neil Harrell
- Affiant -

353

# EXHIBIT G

# ENDORSED FILED
Clerk of the Superior Court

DEC 0 4 2018

By **M. FIELDS**
DEPUTY CLERK

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SOLANO**

**DEPARTMENT EIGHT**

* * * *

| | |
|---|---|
| JOSHUA HARRELL,<br><br>Plaintiff,<br><br>vs.<br><br>SOLANO COUNTY SHERIFF'S OFFICE, et al.,<br><br>Defendants. | Case No.:  FSC062310<br><br>**ORDER GRANTING MOTION TO DISMISS SOLANO COUNTY SHERIFF'S OFFICE; NOTICE OF TRIAL JANUARY 8, 2019 AT 10:00 A.M. IN DEPARTMENT 8** |

This matter came on regularly for hearing on November 27, 2018.  Plaintiff Joshua Harrell appeared via CourtCall.  Defendant Solano County appeared through its designated agent Cynthia Gordon.  Individual defendants Deputy Snedeker and Deputy McNeil also appeared.  Daniel Fuhs specially appeared as designated agent for the Department of Motor Vehicles.

- 1 -

1    Plaintiff's Claim and Order was filed February 20, 2018 naming, among others, the

2    Solano County Sheriff and individual deputies ("Solano County defendants") as defendants.

3    On March 9, 2018, Defendant County of Solano and the individually named Solano County

4    employee defendants filed a trial brief.   Plaintiff Harrell filed a responsive pleading in

5    opposition to the trial brief on March 15, 2018.  The focus of the briefs was the County's

6    argument that Plaintiff's claim was time barred pursuant to the Government Tort Claims Act.

7    On July 17, 2018, Plaintiff's motion for leave to amend and Solano County defendants'

8    motion to dismiss was calendared for October 16, 2018.  Due to court unavailability, the

9    hearing date was continued to November 27, 2018.

10    Based upon the pleadings, file and oral arguments, the Court grants the motion to

11    dismiss as to Solano County and the individually named Solano County defendants.

12    Plaintiff's action is time-barred due to failure to file the action within 6 months of being

13    served with notice of rejection. (Govt. Code, § 945.6; *County of Los Angeles v Superior Court*

14    (2005) 127 Cal.App.4th 1263, 1267-1268.)   Based upon the attachments to Plaintiff's own

15    Claim and Order, which may be construed as admissions, Plaintiff's claim was actually

16    received by the County on May 1, 2017 (Claim and Order, Exh. A.).   Plaintiff received notice

17    of the County's May 11, 2017, rejection of the claim on the merits on or about May 13, 2017

18    (Claim and Order, Exh. B.)   Plaintiff "rejected" the County's rejection on May 13, 2017.

19    (Claim and Order, Exh. B.)

20    Plaintiff did not file this action until February 20, 2018, well past the 6 months deadline

21    to file suit which lapsed on November 9, 2017.  (See *Gonzales v County of Los Angeles* (1988)

22    199 Cal.App.3d 601, 604 [6 months or 182 days].)

23    Because Defendants took action to deny Plaintiff's claim on its merits, Plaintiff's effort

24    to file an "amended" claim has no effect.  A public entity has no obligation to serve a new

25

- 2 -

1   rejection notice after a claimant amends an already rejected claim within the 6 month claim

2   presentation period.  (See *Dixon v City of Turlock* (1990) 219 Cal.App.3d 907, 912.)

3         Likewise, Plaintiff cannot claim mistake, inadvertence or neglect.  The rejection notice

4   expressly advised Plaintiff of his legal rights and obligations.

5         Accordingly, Plaintiff's suit as to the County of Solano and individually named Solano

6   County employees is dismissed.

7         The parties are noticed of the trial is set in the matter for January 8, 2019 at 10:00 a.m.

8   in Department 8.    The only remaining parties to the action are Plaintiff Harrell and ABC

9   Rentals/William Brew.

10        IT IS SO ORDERED.

11  Dated:  November 30 , 2018

                              **WENDY G. GETTY**
12                            **Judge of the Superior Court**

13

14

15

16

17

18

19

20

21

22

23

24

25

- 3 -

1

2 **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF SOLANO
DEPARTMENT EIGHT**
3 **580 Texas Street**
**Fairfield, California 94533**
4 **HARRELL VS. SOLANO COUNTY SHERIFF'S OFFICE**
**Case No.: FSC062310**
5

6    I, Maia Fields, certify under penalty of perjury that I am employed as a Judicial

7 Assistant/Deputy Clerk of the above-entitled Court and not a party to the within entitled action.

8    On December __4__, 2018 I served: **ORDER GRANTING MOTION TO DISMISS**

9 **SOLANO COUNTY SHERIFF'S OFFICE; NOTICE OF TRIAL JANUARY 8, 2019 AT**

10 **10:00 A.M. IN DEPARTMENT 8** by causing to be placed a true copy thereof in an envelope

11 which was then sealed and postage fully prepaid on the date shown below; that I am readily

12 familiar with the County of Solano's business practice for the collection and processing of

13 correspondence for mailing with the United States Postal Service; that this notice will be

14 deposited in the United States Postal Service on the date indicated. Said envelope was addressed

15 to the attorneys for the parties, or the parties, as shown below:

| | |
|---|---|
| 16 JOSHUA HARRELL, CDCR # BH7394 | DANIEL FUHS |
| DEUEL VOCATIONAL INSTITUTE | DMV – LEGAL AFFAIRS |
| 17 23500 KASSON ROAD | 2415 1ST AVENUE |
| TRACY, CA 95376 | SACRAMENTO, CA 95818 |
| 18 WILLIAM BREW | SOLANO COUNTY SHERIFF'S OFFICE |
| ABC RENTAL / UHUAL | 530 UNION AVENUE, STE. 100 |
| 19 1439 WEST TEXAS STREET | FAIRFIELD, CA 94533 |
| 20 FAIRFIELD, CA 94533 | |
| CYNTHIA GORDON, UNIT MANAGER | GEORGE HILLS |
| 21 COUNTY OF SOLANO | C/O LISA LILLEMOE |
| RISK MANAGEMENT/CLAIMS ADMIN. | 821 EUBANKS DRIVE, STE. H |
| 22 675 TEXAS STREET, STE. 1800 | VACAVILLE, CA 95688 |
| 23 FAIRFIELD, CA 94533 | |
| COUNTY COUNSEL OF SOLANO | DARYL SNEDEKER |
| 24 COUNTY | C/O THOMAS A. FERRARA |
| 675 TEXAS STREET, STE. 6600 | 530 UNION AVENUE, STE. 100 |
| 25 FAIRFIELD, CA 94533 | FAIRFIELD, CA 94533 |

26 DATED: December __4__, 2018.              BRIAN K. TAYLOR, Clerk of the Court

27                                                          BY: _Maia Fields_

                                                            Maia Fields, Deputy Clerk
28

EXHIBIT "H"

Joshua Neil Harrell, CDCR # BH7394
East Hall / Cell # 209
Deuel Vocational Institution
23500 Kasson Road
Tracy, CA 95304
In Propria Persona

ORIGINAL

Superior Court of California
County of Solano

JOSHUA NEIL HARRELL,
                Plaintiff,

V

Solano County Sheriff's Office, et al.,
                Defendants.

Case No. FSC062310

Plaintiff Joshua Neil Harrell's
Trial Brief And Objection
Small Claims Trial:
Date: January 8, 2019
Time: ~~1:30 p.m.~~ 10:00 a.m.
Dept. 8
Honorable Judge Wendy G. Getty

## Statement Of Facts

On April 6, 2017, I was in my 1989 Collins Fifth Wheel Trailer (hereinafter "The Subject Vehicle") that was parked in the roadway on Flamingo Street, in Fairfield, California. There was a knock at my door announcing themselves as "Solano County Sheriff's Office."

It was defendant deputy Jacob G. McNeil teamed up with defendant deputy

159

1  Daryl Snedeker with an active PRCS warrant for my arrest (Exhibit "A")
2  Following my arrest, defendants failed to follow Vehicle Code statutes §§
3  22651(h)(1), 22659(b) and the "Community Caretaking Doctrine" leaving "The
4  Subject Vehicle" in the roadway where it was parked.
5  "The Subject Vehicle" was broken into and all of my personal property
6  inside was stolen and later "The Subject Vehicle" itself was stolen and
7  severely damaged. "The Subject Vehicle" was my home and everything
8  I owned was inside. I suffered "Injury" Cal Code § 810.8
9  I was treated with deliberate indifference by defendant "County of Solano"
10  that continued through my tort claim and by a breach of contracts:
11  1. Notice of Claim, Affidavit of PROOFS Of Claim.
12  2. Notice of Fault and Opportunity to Cure, Affidavit of Negative Averment.
13  3. Notice of Rescinded Rejection of Claim.
14  4. Res Judicata Affidavit of Default.
15  My amended claim was filed July 3, 2018, Pursuant to Cal Code § 910.6 and
16  no response was ever given to this amended claim. I was under the impression
17  that the accrual of time to file suit was two (2) years according
18  to Cal Code § 945.6(a)(2)
19
20  Defendant William Brew, ABC Rentals, (the non Public Entity defendant)
21  purchased my mother $ 875.00 of my money, to tow "The Subject
22  Vehicle" less than five (5) miles at the excessive rate of $ 500.00 and
23  for three 3 months storage at the rate of $ 125.00 Per Month.
24  "The Subject Vehicle" was completely stripped of all my personal property
25  and severely damaged, no longer habitable remaining stored at ABC Rentals.
26  I became behind on the rent at ABC Rentals until the first week of
27  November 2017, I paid the entire amount of arrearage $ 325.00 with
28  my Direct Express Mastercard.

289

The first week of December 2017, defendant ABC Rentis wrongfully evicted "The Subject Vehicle" placing a fraudulent lien charging the excessive rate of $70.00 per day when the rent was only $125.00 per month. I suffered a constructive eviction that led to a conversion of "The Subject Vehicle" I rightfully had dominion of.

## Argument

### 1. The Public Entity Defendants Are Liable By A Mandatory Breach Of Duty

Defendant's Solano County Sheriff's Office, deputy Jacob G. McNeil and deputy Daryl Speaker breached the mandatory duty to Safe keep "The Subject Vehicle". (Civil Code, § 815.6; e.g. County of Los Angeles v. Superior Court 102, Cal. App. 4th 627, 125 Cal. Rptr. 2d 637 (2d Dst. 2002) The statutes not followed Veh Code, §§ 22651(h)(1), 22659(b) as well as the "Community Caretaking Doctrine". See e.g. People v. Williams, (App, 2 Dist. 2006) 51 Cal. Rptr. 3d 162, 145 Cal. App. 4th 756 (where impoundment of a vehicle is warranted under the community caretaking doctrine depending on the location of the vehicle and the Officers duty to prevent it from creating a hazard by being a target for vandalism and theft (Ibid.)) The area where defendants left "The Subject Vehicle" near San Marco Street, by the Park, was definately a hazardous area for theft and vandalism. The community caretaking doctrine should have been followed "to provide for the Safekeeping of vehicles and the property they may contain." Id. People v. Shafrir (App. 1 Dst. 2010) 107 Cal. Rptr. 3d 721, 183 Cal. App. 4th 1238. I suffered Injury because they did Not tow it. This is a different kind of case. There are some cases where a plaintiff's due process rights were violated when a vehicle was towed, but in

389

this case I suffered actual "injury" because the defendants did Not tow it. Defendants violated Mandatory Breach of Duty.

## Standard Of Review:

To plead a cause of action for negligence, the plaintiff should set forth particular facts describing either an omission or an affirmative act which, as a matter of substantive law, amount to the breach of a legal duty of care [4 Witkin, California Proc, 3d ed, Pleading $\S$555]

In cases in which the alleged breach of duty involves violations of statutes (Veh. Code, $\S\S$ 22651 (h)(1), 22659(b)) i.e. it is not necessary to plead the statutes if the alleged cause of action is negligence of the defendant, rather than a violation of the statute, and the statutes are merely evidence offered to show the defendants negligence. Evid Code $\S$ 669(a); e.g. Michael R. V. Jessey B, 158 Cal. App. 3d 1059, 205 Cal. Rptr. 312 (2d Dist. 1984)

For these reasons, this action initiated by defendants Mandatory Breach of Duty

## 2. The Public Entity Defendants Have No Immunity And Are Liable Under The California Government Claims Act.

Under the California Government Claims Act, state and local public entities may be held liable for injuries caused by the acts or omissions of their employees acting within the scope of their employment Gov. Code $\S$ 815.2

A public entity may also be liable under the California Government Claims Act for intentional torts of elected officials employed by or representing the public entity, if both the elected official and the public entity are named as co-defendants in the same action Gov. Code $\S$ 815.3(a) state and local public entities are also liable for injuries by a dangerous condition

4 $\S$ 9

on Public Property Gov Code § 835

Furthermore, an employee of a public entity may be liable for acts or omissions that cause injury, providing the acts or omissions are within the scope of the employees employment Gov Code § 820

A Public employee may also be held liable for injuries resulting from dangerous conditions of Public Property. Gov Code §§ 840 to 840.6

"Injuries" includes personal injury, property damage or loss, or any other injury one may suffer to person, reputation of character, feelings or Estate that would be actionable if inflicted by a private person. Gov Code § 810.8

For these reasons, the public entity defendants do not have any immunity and are liable under the Government Claims Act.

## 3. Defendant's Failed To Comply With The Government Claims Act In Response To My Amended Claim

Defendant's breach of duty happened April 6, 2017, and my amended claim was filed on July 3, 2017, well within the six month time period outlined in Gov Code § 911.2

The Government Code in "Amending Claims" Gov Code § 910.6, A claim may be amended at any time before the expiration of the period for presentment prescribed by Gov Code § 911.2 or prior to final action by the public entity, whichever is later, providing the amended claim is considered to be relating to the same transaction or occurance giving rise to the original claim for all purposes Gov Code § 910.6 The time for action on the claim by the entity begins to run from the date of submission of the amended claim Gov Code § 912.4(a); Pastana v City of Oakland, 30 Cal. App. 3d 1022, 106 Cal. Rptr. 705 (1st Dist. 1973).

589

There was no response to my amended claim that was filed on July 3, 2017. In fact, Cynthia Gordon did not appear until after the Small Claim was filed. The respondents to my claim at the time was Lisa M. Lillemoe Gold Hills Company and they never responded to my amended claim either. The accrual of time to file suit on a unanswered Claim is two (2) years Gov Code § 945.6(a)(2)

For the sake of the argument that Cynthia Gordon did respond to my amended claim and I never received her response, she still did not comply with the Government Code in Amending Claims Gov Code § 910.6

For these reasons, I have complied with the Government Claims Act and Defendants have not.

## 3. William Brew, ABC Rentals Have Repeatedly Violated My Rights Under The Unfair Competition Act

① Defendant William Brew, ABC Rentals charge my mother $875.00 (of my money) to tow "The Subject Vehicle" less than five (5) miles at the excessive rate $500.00 and to store it for three (3) months at the rate $125.00 per month.

I would have taken less than thirty minutes to tow "The Subject Vehicle" from its location to the storage facility. The rate of $500.00 was extremely excessive. See Veh Code § 22658(i)(1)

The City of Fairfield Tow & Storage Fee schedule agreement with local tow truck companies, along with CHP's, have maximum rates of $175.00 per hour and it should have only taken a half hour is that so the amount $500.00 was extremely excessive Veh Code § 22658(i)(1); Bus & Prof Code § 17200; e.g. People ex rel. Renne v. Servantes; 86 Cal. App. 4th 1081 (2001).

6 of 9

(2) I was behind on the rent for "The Subject Vehicle" but in Good Faith I made Payments toward the rent with whatever I could until I could catch up on the entire amount due. The first week of November 2017. I Paid defendant ABC Rentals the total amount of arrearage $325.00 with my Direct Express Mastercard.

Even with the entire amount of arrearage Paid and rent current with ABC Rentals, in the begining of December 2017 "The Subject Vehicle" was wrongfully evicted without process. I suffered a constructive eviction. (Civ. Code § 3300); e.g. Guntert v. Stockton, (1976 3rd Dist.) 55 Cal. App. 3d 131, 126 Cal. Rptr. 690, 127 Cal. Rptr. 602.

(3) After the constructive eviction. defendant ABC Rentals charged an excessive rate of $70.00 Per day when the rent was $125.00 Per month. The rate of $70.00 Per day is extremely excessive. Veh. Code § 22658(l)(1); Bus & Prof. Code § 17200

(4) The Subject Vehicle" was converted to ABC Rentals when I rightfully had dominion, or if there be there was a conversion of my Personal or my Personal Property. Civ. Code § 3336; e.g. Erkman v. De La Cuesta; (1953) 117 Cal. App. 117 Cal. App. 2d 50, 255 P.2d 70.

All of these incidents with ABC Rentals, (as well as others not mentioned) have had the cumulative effect described in U.S. v. Rivera, 900 F.2d 1462 (9th Cir. 1990) that has amounted to a violation of my rights to "Due Process". Cal. Const. Art. 1 § 7; Unfair Competition Act, Bus & Prof. Code § 17200

4. My Rights To Due Process Of This Small Claim Have Been Violated Long Ago

7 & 9

California law provides that vehicle owners can have "a civil remedy sounding in negligence for negligent erroneous interference with their property by either (1) a regular court action for recovery of the vehicle. Cf. C.I.T. Corp. v. Baltimore Garage, 3 Cal. App. 2d 757, 36 P.2d 247 (1934) or damages for conversion Cf. Brown v. J.F. French Co., 253 Cal. App. 2d Supp. 1079, 60 Cal. Rptr. 646 (1967), or (2) a Small Claim action See e.g. Adams v. Dept. of Motor Vehicles, 11 Cal. 3d 146, 156, 113 Cal. Rptr. 145, 520 P.2d 961 (1974); CCP § 116.2 (West Supp. 1977)

A regular court action would entail considerable delay. Even a Small Claim Court action is generally heard no earlier than ten (10) no later than fourty (40) days from the filing of the Small Claim. CCP § 116.4 (West Supp. 1977)

It has been over nine (9) months since the operative Small Claim has been filed. It should have been heard no later than fourty (40) days, and by an "abuse of process" my rights to "due process" have been violated. Cal. Const. Art. 1 § 7; USCA Const. Amend 14.

# Conclusion

Since there are no genuine issues of material dispute, the Court should enter summary judgment against each of the defendants as follows:

1. The Public Entity defendants Solano County Sheriff's Office, County of Solano, Deputys Jacob G. McNeil and Deputy Daryl Snedeker are liable jointly and severally for;
   1. general damages according to proof;
   2. special damages according to proof; and
   3. interest according to law.

2. Defendant William Brew. ABC Rentals is liable for;

889

1. General damages according to Proof;

2. Special damages according to Proof;

3. Punitive damages Pursuant to the statutory amount according to Veh Code, § 22658(K)(1).

4. Prejudgment interest at the rate of the value of converted Property Pursuant to Civ. Code, § 3336.

5. Any other and Further relief Court deems Proper and Just.

December 19, 2018.

Without Prejudice,

By: _Joshua Neil Harrell_

Joshua Neil Harrell
In Pro Se

989

Exhibit A

### SOLANO COUNTY SHERIFF'S OFFICE
Page # 6

CA04800                                                    CASE #CR17-1732

Dep J. McNeil   1L30

(04/01/17) 1310HRS: I was assigned to the Solano County Sheriff's Office Enforcement Team
and doubled with (W1) Deputy D. Snedeker working in a marked patrol car. We went to the area
of Flamingo Street @ San Marcos Street Fairfield attempting to locate (S) Joshua Harrell's travel
trailer. We located a travel trailer parked in front of 1719 Flamingo Street. Solano County
Probation issued a detainer for Harrell's arrest for violating the terms and conditions of Post
Release Community Supervision (PRCS).

We knocked on the door and Harrell came to the door. Harrell was taken into custody at which
time I asked if anyone else was inside the trailer. Harrell told me no and stated the trailer was
his. A registration check with dispatch confirmed Harrell to be the registered owner.

I conducted a search of the trailer pursuant to Harrell's terms and conditions of PRCS. I located
an operable digital scale in a closet drawer. In the same drawer I located a white plastic baggie
containing a white crystal substance, which I recognized as suspected methamphetamine based
on my training and experience. Both the scale deck and white crystal substance were
presumptive positive for the presence of suspected methamphetamine. The suspected
methamphetamine weighed 13.4 grams AGW.

In the middle bottom drawer I located a corner of a white plastic trash bag. The bag had been
torn and stretched. Based on my training and experience, bags like this are often used as
packaging for illicit drugs, "Pinch and Pull Method". I collected each item and later booked
them into evidence.

There was only male clothing hanging in the closet area located above the drawers. I found
indicia addressed to Harrell in the closet and bedroom area. I did not find any user paraphernalia
in the trailer or on Harrell's person. I inventoried Harrell's wallet and found $351.00 US
Currency. The money was in two bundles, $340.00 in $20's and $10.00 in $5's and one $1.00. I
collected the cash as evidence and later booked it into evidence.

Based on the amount of cash, amount of suspected methamphetamine, the operable digital scale,
the lack of user paraphernalia and my training and experience, I believe Harrell possessed the
suspected methamphetamine for sale.

I photographed each item and later submitted the photos into evidence.

I met with Harrell who was seated in the back seat of a patrol car. I activated my body worn
camera and attempted to interview him. I advised him of his Miranda rights as read from my
department issued card. Harrell stated he understood his rights and wanted a lawyer. I
terminated the interview. I later uploaded the body worn camera footage to the evidence
database.

| R/O Signature | I.D: # | Approved by |
|---|---|---|
| J. McNeil | 1L30 | 4/6/2017 |

Joshua Neil Harrell, CDCR# BH7394
East Hall / Cell # 209
Deuel Vocational Institution
23500 Kasson Road
Tracy, CA 95304
In Propria Persona

ORIGINAL

Superior Court of California
County of Solano

JOSHUA NEIL HARRELL,                          No. FSC062310
        Plaintiff,


V                                             Proof Of Service By US Mail


Solano County Sheriff's Office, et al.,
        Defendants.

I, Joshua Neil Harrell, the pro se Plaintiff, am over the age of
eighteen (18) years and a resident of San Joaquin County, California.
I hereby certify that on December 12, 2018, I served the attached:
"Trial Brief And Objection", on the following persons hereinafter listed:

Cynthia Gordon Foreman                        William A. Brew
County of Solano - Public Entity - Senior Manager   ABC Rentals
675 Texas Street, Suite 1800                  1439 West Texas Street
Fairfield, CA 94533                           Fairfield, CA 94533

1   By Placing the said document in an addressed envelope in the Resence
2   of an Officer whom signed and dated where it was sealed and
3   Placed in the Deuel Vocational Institution's internal mailing system
4   to be delivered United States Mail under the "Mailbox Rule."

5
6   I declare under Penalty of Perjury that these statements are true and
7   correct.
8   December 12, 2018.                          By: Joshua Neil Harrell
9
10                                                  Joshua Neil Harrell
11                                                  In Pro se
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28